**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HITACHI MAXELL, LTD., | |
| *Plaintiff*, | Case No. 5:16-cv-00178-RWS |
| v. | LEAD CASE |
| HUAWEI DEVICE USA INC. and HUAWEI DEVICE CO., LTD., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |
| HITACHI MAXELL, LTD., | |
| *Plaintiff*, | Case No. 5:16-cv-00179-RWS |
| v. | **JURY TRIAL DEMANDED** |
| ZTE CORPORATION and ZTE USA INC., | |
| *Defendants*. | |

**DECLARATION OF ANDREW WOLFE , Ph.D IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

1.      I, Andrew Wolfe, do declare as follows:

2.      I have been retained by counsel for ZTE (USA) to provide this declaration in

support of the Defendant's Responsive Claim Construction relating to certain claim term in U.S.

Patent No. 6,329,794 titled "INFORMATION PROCESSING DEVICE AND METHOD FOR

CONTROLLING POWER CONSUMPTION THEREOF" (the "'794 Patent"). If called as a

witness, I could and would testify competently to the matters set forth herein.

3.      My opinions are based on my years of education, research and experience, as well as my investigation and study of relevant materials.  The materials that I studied for this declaration include all exhibits of the petition.

## I.      BACKGROUND AND QUALIFICATIONS

4.      My professional qualifications, experience, publications and presentations, and a listing of previous cases in which I have provided expert testimony are set forth in my *curriculum vitae*, attached as Appendix A

5.      I am the founder and sole employee of Wolfe Consulting.  Through Wolfe Consulting, I provide technical and business analysis to businesses on processor technology, computer systems, consumer electronics, software, design tools, data security, cryptography and intellectual property issues.  I have more than thirty years' experience developing products, researching, consulting, and teaching in those fields.  In that time, I have worked as a computer architect, computer system designer, and as an executive in the PC and electronics business.  I have also taught at some of the world's leading institutions in those fields, including Stanford University, Princeton University, Carnegie Mellon University, and Santa Clara University.

6.      In 1985, I earned the B.S.E.E. degree in Electrical Engineering and Computer Science from The Johns Hopkins University.  In 1987, I received the M.S. degree in Electrical and Computer Engineering from Carnegie Mellon University and in 1992, I received the Ph.D. degree in Computer Engineering from Carnegie Mellon University.  My doctoral dissertation proposed a new approach for the architecture of a computer processor.

7.      In 1983, I began designing touch sensors, microprocessor-based computer systems, and I/O (input/output) cards for personal computers as a senior design engineer for Touch Technology, Inc.  During the course of my design projects with Touch Technology, I designed I/O cards for PC-compatible computer systems, including the IBM PC-AT, to interface

with interactive touch-based computer terminals that I designed for use in public information systems.  I continued designing and developing related technology as a consultant to the Carroll Touch division of AMP, Inc., where in 1986 I designed one of the first custom touch-screen integrated circuits.  I designed the touch/pen input system for the Linus WriteTop, which many believe to be the first commercial tablet computer.

8.      From 1986 through 1987, I designed and built a high-performance computer system as a student at Carnegie Mellon University.  From 1986 through early 1988, I also developed the curriculum, and supervised the teaching laboratory, for processor design courses.

9.      In the latter part of 1989, I worked as a senior design engineer for ESL-TRW Advanced Technology Division. While at ESL-TRW, I designed and built a bus interface and memory controller for a workstation-based computer system, and also worked on the design of a multiprocessor system.

10.     At the end of 1989, I (along with some partners) reacquired the rights to the technology I had developed at Touch Technology and at AMP, and founded The Graphics Technology Company.  Over the next seven years, as an officer and a consultant for The Graphics Technology Company, I managed the company's engineering development activities and personally developed dozens of touch screen sensors, controllers, and interactive touch-based computer systems.

11.     I have consulted, formally and informally, for a number of fabless semiconductor companies.  In particular, I have served on the technical advisory boards for two processor design companies: BOPS, Inc., where I chaired the board, and Siroyan Ltd., where I served in a similar role for three networking chip companies—Intellon, Inc., Comsilica, Inc., and Entridia, Inc.—and one 3D game accelerator company, Ageia, Inc.

12.     I have also served as a technology advisor to Motorola and to several venture capital funds in the U.S. and Europe.  Currently, I am a director of Turtle Beach Corporation, providing guidance in its development of premium audio peripheral devices for a variety of commercial electronic products.

13.     From 1991 through 1997, I served on the Faculty of Princeton University as an Assistant Professor of Electrical Engineering.  At Princeton, I taught undergraduate and graduate-level courses in Computer Architecture, Advanced Computer Architecture, Display Technology, and Microprocessor Systems, and conducted sponsored research in the area of computer systems and related topics.  From 1999 through 2002, I taught the Computer Architecture course to both undergraduate and graduate students at Stanford University multiple times as a Consulting Professor.  At Princeton, I received several teaching awards, both from students and from the School of Engineering.  I have also taught advanced microprocessor architecture to industry professionals in IEEE and ACM sponsored seminars.  I am currently a lecturer at Santa Clara University teaching courses on Computer Organization and Architecture and Mechatronics.

14.     From 1997 through 2002, I held a variety of executive positions at a publicly held fabless semiconductor company originally called S3, Inc. and later called Sonicblue Inc.  I held the positions of Chief Technology Officer, Vice President of Systems Integration Products, Senior Vice President of Business Development, and Director of Technology, among others.

15.     Beginning in 1998, I began to work closely with S3's largest customer, Diamond Multimedia, to explore possible opportunities for a merger.  My investigation included evaluating the technology, market, and business model related to the "Diamond Rio PMP300," the first commercially viable flash-memory MP3 player.  In 1999, I led the merger negotiations

between the two companies, managed significant parts of company integration, and, after the merger was complete, worked on new product development.  Soon after the merger with Diamond, we introduced the "Diamond Rio PMP500," a portable music player that included USB capability.

16.     While at Diamond, we also developed the Rio 600 and 800 MP3 players and a music delivery platform and webstore backend service for selling music.  In 1999, this music delivery ssytem was spun out as a separate company called RioPort.com.  I served on the RioPort.com board of directors and became involved in their product and technology strategy.  I also managed engineering and marketing for the Rio product line for a period of time as an interim general manager.  During my time at SonicBlue we launched more than 30 new consumer electronics products.

17.     I served as a board member and technical advisor at KBGear Inc. from 1999-2001.  KBGear Inc. designed and produced digital cameras and music players.

18.     I have published more than fifty peer-reviewed papers in computer architecture and computer systems design.  I have also chaired IEEE and ACM conferences in microarchitecture and integrated circuit design.  I am a named inventor on at least fifty-three U.S. patents and twenty-eight foreign patents.

19.     I have been the invited keynote speaker at the ACM/IEEE International Symposium on Microarchitecture and at the International Conference on Multimedia.  I have also been an invited speaker on various aspects of technology or the PC industry at numerous industry events including the Intel Developer's Forum, Microsoft Windows Hardware Engineering Conference, Microprocessor Forum, Embedded Systems Conference, Comdex, and Consumer Electronics Show as well as at the Harvard Business School and the University of

Illinois Law School.  I have been interviewed on subjects related to technology and the

electronics industry by publications such as the Wall Street Journal, New York Times, LA

Times, Time, Newsweek, Forbes, and Fortune as well as CNN, NPR, and the BBC.  I have also

spoken at dozens of universities including MIT, Stanford, University of Texas, Carnegie Mellon,

UCLA, University of Michigan, Rice, and Duke.

20.     I have been involved in patent litigations and ITC cases since 1996. I have given

testimony by deposition or at trial. A detailed list of cases where I have provided such testimony

since September 20, 2012 is also provided as Appendix A.

## II.    LEVEL OF ORDINARY SKILL IN THE ART

21.     In rendering the opinions set forth in this declaration, I was asked to consider the

patent claims and the prior art through the eyes of a person of ordinary skill in the art. I

considered factors such as the educational level and years of experience of those working in the

pertinent art; the types of problems encountered in the art; the teachings of the prior art; patents

and publications of other persons or companies; and the sophistication of the technology.  I

understand that a person ordinary skill in the art is not a specific real individual, but rather a

hypothetical individual having the qualities reflected by the factors discussed above.

22.     In my opinion, a person ordinary skill in the art, at the time of the '794 Patent,

would a bachelor's degree in computer science, computer engineering, electrical engineering, or

a related field, with two years of experience in low-power electronic computing systems.

Extensive experience and technical training may substitute for educational requirements, while

advanced education such as a relevant MS or PhD might substitute for experience.

## III.   MATERIAL CONSIDERED

23.     I have considered the following information in forming my opinions:

a.   The '794 Patent;

b.   The Prosecution History of the ' 794 Patent;

c.   P.R. 4-3 Joint Claim Construction and Prehearing Statement (dated Aug.

31, 2017)

d.   Plaintiff's Opening Claim Construction Brief (dated Oct. 2, 2017); and

## IV.   UNDERSTANDING OF THE LAW

24.     I understand that the claims of a patent are presumed to be valid, and that

invalidity of a claim must be proven by clear and convincing evidence.

### A.   Claim Construction

25.     I understand that the claims of the patent define the limits of the patentees'

exclusive rights.  In order to determine the scope of the claimed invention, courts typically

construe (or define) claim terms, the meaning of which the parties dispute.  My purpose in

submitting this declaration is to assist the Court in its construction of the disputed claims based

upon how a person of ordinary skill in the art at the time the patent applications were filed would

have understood those claims.

26.     I understand that claim terms should generally be given their plain and ordinary

meaning as understood by one of ordinary skill in the art at the time of the invention and after

reading the patent and its prosecution history.  Claims must be construed, however, in light of

and consistent with the patent's intrinsic evidence.  Intrinsic evidence includes the claims

themselves, the written disclosure in the specification, and the patent's prosecution history,

including the prior art that was considered by the United States Patent and Trademark Office

("PTO").

27.     The language of the claims helps guide the construction of claim terms.  The

context in which a term is used in the claims can be highly instructive.

28.     The specification of the patent is the best guide to the meaning of a disputed claim term.  Embodiments disclosed in the specification help teach and enable those of skill in the art to make and use the invention, and are helpful to understanding the meaning of claim terms.  For example, an inventor may attribute special meanings to a term by specifically defining it or otherwise incorporating such a definition in the specification or file history.  However, limitations should not be imported from the specification into the claims.

29.     In the specification, a patentee may also define his own terms, give a claim term a different meaning than it would otherwise possess, or disclaim or disavow claim scope.  A claim term is generally presumed to possess its ordinary meaning.  This presumption, however, does not arise when the patentee acts as his own lexicographer by explicitly defining or re-defining a claim term.  This presumption can also be overcome by statements, in the specification or prosecution history of the patent, of clear disclaimer or disavowal of a particular claim scope.

30.     I understand that the specification may also resolve any ambiguity where the plain and ordinary meaning of a claim term lacks sufficient clarity to permit the scope of the claim to be ascertained from the claim words alone.

31.     I understand that the prosecution history is another important source of evidence in the claim construction analysis.  The prosecution history is the record of the proceedings before the PTO, including communications between the patentee and the PTO regarding the patent application.  The prosecution history can inform the meaning of the claim language by demonstrating how the patentee and the PTO understood the invention and whether the patentee limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be.  I understand that a patentee may also define a term during the prosecution of the patent.  The patentee is precluded from recapturing through claim construction specific

meanings or claim scope clearly and unambiguously disclaimed or disavowed during prosecution.

32.     I understand that extrinsic evidence may also be considered when construing claims.  Extrinsic evidence is any evidence that is extrinsic to the patent itself and its prosecution history.  Examples of extrinsic evidence are technical dictionaries, treatises, and expert testimony.  I understand that extrinsic evidence is less significant than the intrinsic record in determining the meaning of the claim language.  I understand that extrinsic evidence can be useful to provide background on the technology at issue, to explain how an invention works, to ensure that the understanding of the technical aspects of a patent is consistent with that of a person of ordinary skill in the art, or to establish that a particular term in the patent or prior art has a particular meaning in the art.

**B.      Indefiniteness claims under § 112, ¶ 2**

33.     I understand that a claim limitation is indefinite if the claim, when read in light of the specification and the prosecution history, fails to inform with reasonable certainty persons of ordinary skill in the art about the scope of the invention at the time the patent application was filed.

34.     I understand that the claim language might mean several different things, but even if a definition is supported by the specification, the claim is still indefinite if a person skill in the art cannot translate the definition into a precise claim scope.

35.     I understand that the definiteness requirement mandates clarity but recognizes that absolute precision is impossible.

**C.      "Means-plus-function" claims under § 112, ¶ 6**

36.     I understand that claim terms may be written in a means-plus-function format.  I understand that use of the word "means" followed by a recited function creates a presumption

that the claim limitation is in means-plus-function format.  I understand that the presumption that

a claim limitation is a means-plus-function limitation can be rebutted by showing either (1) the

claim phrase sufficiently recites a definite structure for performing the function; or (2) "means"

claim language exists without recitation of a function.

37.     I understand that although the statute refers to the words "means for," those words

are not required for a term to be subject to § 112, ¶ 6.  The absence of these words in the claims

of a patent creates a rebuttable presumption that § 112, ¶ 6 does not apply.  However, such

presumption can be overcome if the claim term fails to recite sufficiently definite structure or

recites function without reciting sufficient structure for performing that function. The words of

the claim must be understood by person skill in the art to have definite meaning as the name for

structure.

38.     I understand that, where there is no corresponding structure for a means-plus-

function claim limitation disclosed in the specification of a patent, that claim limitation is

indefinite.  I understand that the absence of structure from the patent's specification cannot be

cured by resorting to the knowledge of a person of ordinary skill in the art.

39.     I also understand that computer-implemented means-plus-function limitations

"must disclose an algorithm for performing the claimed-function" in order to meet the

definiteness requirements of 35 U.S.C. § 112, ¶ 2. *Augme Techs., Inc. v. Yahoo! Inc.*, 755 F.3d

1326, 1337 (Fed. Cir. 2014).  Where "the disclosed structure is a computer, or microprocessor,

programmed to carry out an algorithm, the disclosed structure is not the general purpose

computer, but rather the special purpose computer programmed to perform the disclosed

algorithm." *WMS Gaming, Inc. v. Int'l Game Tech.*, 184 F.3d 1339, 1349 (Fed. Cir. 1999).

Thus, I understand that the disclosure of a general purpose computer without an algorithm is not

enough to meet the definiteness requirement because "general purpose computers can be programmed to perform very different tasks in very different ways, simply disclosing a computer as the structure designated to perform a particular function does not limit the scope of the claim to 'the corresponding structure, material, or acts' that perform the function, as required by section 112, paragraph 6." *Aristocrat Techs. Austl. Pty. Ltd. v. Int'l Game Tech.*, 521 F.3d 1328, 1333 (Fed. Cir. 2008). I understand that while an algorithm's sufficiency may be determined by one of ordinary skill in the art, *at least some* algorithm must be disclosed. *Id.* at 1337. I understand that the ability of a skilled artisan to derive an algorithm from the specification cannot substitute for the required disclosure of the algorithm in the specification. *See, e.g., Blackboard, Inc. v. Desire2Learn Inc.*, 574 F.3d 1371, 1385 (Fed. Cir. 2009; *see also Med. Instrumentation*, 344 F.3d at 1211-12. I further understand that a purported algorithm cannot "merely provide[] functional language," but must provide a "step-by-step procedure" for accomplishing the claimed function. *Ergo Licensing, LLC v. Carefusion 303, Inc*., 673 F.3d 1361, 1365 (Fed. Cir. 2012). "[A] patentee is only entitled to 'corresponding structure ... described in the specification and equivalents thereof,' not any device capable of performing the function." *Ergo Licensing*, 673 F.3d at 1364. The narrow exception is where the recited function "can be achieved by any general purpose computer without special programming." *In re Katz Interactive Call Processing Patent Litig.*, 639 F.3d 1303, 1316 (Fed. Cir. 2011).

40.   OPINIONS ON CLAIM CONSTRUCTION

**D.**   **"*"function device(s)" / "component device" / "component devices for performing different functions in the device""***

| Defendant's Proposed Construction | Plaintiff's Proposed Construction |
| --- | --- |
| Indefinite | "hardware, software, or a combination of the two that consumes power and implements one or more functions of the information processing device" |

| | |
|---|---|
| This is a means-plus-function element to be construed in accordance with 35 U.S.C. § 112, ¶ 6.<br><br>Function: "modem functions" (1:20); "audio communication function (function device A) and a videophone function (function device B)" (1:31-32); no function otherwise disclosed<br><br>Structure: insufficient corresponding structure disclosed | |

41.     It is my opinion that this phrase is a means-plus-function limitation because it does not connote sufficiently definite structure to one of skill in the art.  In addition, one of ordinary skill in the art reading the specification would not be able to identify any corresponding structure for function devices or component devices for performing modem, audio communication or videophone functions.  Nor would one of ordinary skill in the art reading the specification be able to identify any corresponding structure for these claimed "devices" if the function is construed as being "performing different functions" or "performing independent functions," consistent with the generic functional language in the claims themselves. Accordingly, it is my opinion that a person would not understand with reasonable certainty what structure is being claimed as function devices or component devices.

42.     Although the phrases in question do not use the word "means," the claim language itself does not recite structure that would be recognizable to a person of ordinary skill in the art. One of ordinary skill in the art would not understand the term "function devices" and "component device," standing alone, to provide sufficiently definite structure, because "function device" and "component device," are generic terms that one skilled in the art often use the term to refer to anything capable of perform some function. As used in this claim, these are "nonce" words that could describe anything that has physical form.  Neither "function device" or

"component device" are terms of art with specific meaning.  A person of ordinary skill would not understand these terms to have any different meaning in this context than if the patentee had simply used the term "thing."

43.      The patent specification only describes two types of function devices, function device A, an audio communication function device and function device B, a videophone function device.  ['794 at 1:31-34] The specific functionalities only appear in the background of the invention sections. The specification does not disclose other functions. The preferred embodiment uses the terms function device 1 and function device 2 but provides no examples or guidance as to what these are.

44.      Plaintiff appears to contend that a "function device" and "component device" should be constructed as "hardware, software, or a combination of the two that consumes power and implements one or more functions of the information processing device." However, such construction cannot be found anywhere in the specification. Plaintiff's proposed construction is so generic that it covers a wide range of electronic devices. Thus, a person skill in the art would not understand that the patentees intended to use "function device" and "component device" in this same generic sense.  Moreover, this construction is technically flawed. As written, it includes software that is separate and distinct from hardware (in addition to the recited combination of software and hardware).  Software alone cannot consume power.

45.      Therefore, it is my opinion that this phrase is a means-plus-function limitation.  I agree with Defendant's proposed functions, "modem functions; "audio communication function (function device A) and a videophone function (function device B)."  Alternatively, I agree that the functions could also be construed generically as "performing different functions" or "performing independent functions," as recited in the language of claims 1 and 9.

46.     No structure is disclosed in the specification corresponding to these proposed functions.

47.     Furthermore, even if the Court determines that these are not means-plus-function terms, it is my opinion that a person of ordinary skill would not be able to ascertain the scope of the claim terms in question with reasonable certainty.  As noted above, the terms "function device" and "component device" do not describe any particular type or class of things to a person of ordinary skill in the art as used in these claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 22, 2017.

_____
Andrew Wolfe

Executed: October 22, 2017

# APPENDIX A

# Andrew Wolfe Ph.D.

20 S. Santa Cruz Ave. Suite 101
Los Gatos, CA 95030
(408) 402-5872 (office)  (408) 394-1096 (mobile)
Email:  awolfe@awolfe.org

**Education:**

Ph.D. in Computer Engineering, Carnegie Mellon University, 1992
Visiting Graduate Student, Center for Reliable Computing, Stanford University, 1988-1989
M.S. in Electrical and Computer Engineering, Carnegie Mellon University, 1987
B.S.E.E. in Electrical Engineering and Computer Science, The Johns Hopkins University, 1985

**Recent Employment:**

Consultant, [October 2002-present]
**Wolfe Consulting**

Consultant on processor technology, computer systems, consumer electronics, software, design tools, and intellectual property issues.  Testifying and consulting expert for IP and other technology-related litigation matters.

Sample clients include:

| | | |
|---|---|---|
| AMD | Nvidia | Samsung |
| IBM | Motorola | HTC |
| SMIC | AMKOR | Huawei |
| Dell | Honeywell | Western Digital |
| Nintendo | Kingston | Sonos |
| Moneygram | Arraycomm | Insilica |
| Synaptics | Activision | Sawstop |
| Mysticom | P.A.R.C. | Quester Ventures |

Lecturer, [September 2013-present]
**Santa Clara University**

Teaching graduate and undergraduate courses on computer architecture, electronics and embedded computing, and mechatronics.

Chief Technical Officer, [1999-2002]; Sr. VP of Business Development, [2001-2002]; VP, Systems Integration, S3 Fellow , [1998 – 1999]; Director of Technology, S3 Fellow , [1997 - 1998]
**SONIC|blue, Inc**, Santa Clara, CA  (formerly S3 Inc.)

**Strategic Business Development:**
Developed and implemented strategy to reposition S3 from PC graphics into the leading networked consumer electronics company.
- Acquired Diamond Multimedia and coordinated integration of communications, Rio digital music, and workstation graphics divisions into S3.
- Identified and negotiated acquisitions to grow digital media businesses including Empeg, ReplayTV, and Sensory Science.
- Identified and negotiated strategic investments including Comsilica, Intellon, KBGear Interactive, Entridia, DataPlay and others.
- Developed strategy for integrated graphics/core-logic products and established a joint venture with Via Technologies to design and market these products.
- Negotiated divestiture of graphics chip business to Via and the workstation graphics division to ATI.

**Product Planning and Development:**
- Drove roadmap development within SONICblue product divisions.
- Managed Business Development for all product lines.
- Led New Product Development and Corporate Vision processes.
- Acting co-General Manager of Rio digital music business in 2nd half of 2001.  Responsible for all areas of product development, business development, and cost management.
- Managed development of the Savage/MX and Savage/IX mobile 3D graphics accelerators and Savage/NB system logic products.

**Public Relations, Public Policy and Investor Relations:**
- Present company products and strategy at industry events such as CES, Comdex, and Microprocessor Forum.
- Discuss new products and initiatives with the press.
- Promote issues of interest to SONICblue to industry groups and in Washington.
- Brief analysts, and investors on company progress.  Participate in quarterly conference calls.

**IP Management and Licensing:**
- Negotiated and managed partnership agreements including a critical cross-licensing agreement with Intel.
- Renegotiated technology-licensing agreements with IBM for workstation graphics products.
- Evaluated outside technology opportunities, managed video research and development, and managed corporate IP strategy with legal staff including patent filings, cross licensing, and litigation.

Consulting Professor , [1999-2002]
**Stanford University**, Stanford, CA

Teaching computer architecture and microprocessor design.

Assistant Professor  [1991 - 1997]
**Princeton University**, Princeton, NJ

Teaching and research in the Electrical Engineering department.  Research in embedded computing systems, multimedia, video signal processors, compiler optimization, and high performance computer architecture.  Principal investigator or project manager for ~$6M in funded research.

Visiting Assistant Professor , [1992]
**Carnegie Mellon University**, Pittsburgh, PA

Research and preparation of teaching materials on advanced microprocessor designs including new superscalar and superpipelined processor architectures.

Founder and Vice President and Consultant, [1989 - 1995]
**The Graphics Technology Company, Inc.**, Austin, TX

Founded company to develop touch-sensitive components and systems for the first generation of PDA devices and interactive public systems.  Obtained financing from Gunze Corp., Osaka, Japan.   Company is now part of 3M.

Senior Electrical Engineer, [1989]
**ESL - TRW, Advanced Technology Division**, Sunnyvale, CA

Designed the architecture for an Intel i860-based multiple-processor digital signal processing system for advanced military applications.  Designed several FPGA interface chips for VME-bus systems.

Design Consultant, [1986 -1987]
**Carroll Touch Division, AMP Inc.**, Round Rock, TX

Developed several new technologies for touch-screen systems.  Designed the first ASIC produced for AMP, a mixed-signal interface chip for controlling touch-screen sensors.  Developed the system electronics, system firmware, and customer utility software for numerous products including those based on the new ASIC.

Senior Design Engineer, [1983 -1985]
**Touch Technology Inc.**, Annapolis, MD

**Advisory Boards:**

Director, Turtle Beach Corporation (NASDAQ:HEAR) (formerly Parametric Sound Corporation), KBGear Interactive, Inc., Comsilica, Inc., Rioport.com, various S3 subsidiaries.

Technical Advisory Boards, Ageia, Inc., Intellon, Inc., Comsilica, Inc., Entridia, Inc., Siroyan, Ltd., BOPS, Inc, Quester Venture Funds

Carnegie Mellon University Silicon Valley Advisory Board; Johns Hopkins University Tech Transfer Advisory Board

**Awards:**

Micro Test-of-Time Award (in recognition of one of the ten most influential papers of the first 25 years of the symposium), 2014
Business 2.0 "20 Young Executives You Need to Know", 2002
Walter C. Johnson Prize for Teaching Excellence, 1997.
Princeton University Engineering Council Excellence in Teaching Award, Spring 1996
AT&T/Lucent Foundation Research Award, 1996.
Walter C. Johnson Prize for Teaching Excellence, 1995
IEEE Certificate of Appreciation, 1995, 2001.
AT&T Foundation Research Award, 1993.
Semiconductor Research Corporation Fellow, 1986 - 1991.
Burroughs Corporation Fellowship in Engineering, 1985 - 1986.

**Professional Activities:**

Program Chair:  Micro-24, 1991, Hot Chips 13, 2001.

General Chair:  Micro-26, 1993, Micro-33, 2000.

Associate Editor:  IEEE Computer Architecture Letters; ACM Transactions in Embedded Computing Systems

Speaker at CES, WinHec, Comdex, Intel Dev. Forum, Digital Media Summit, Microprocessor Forum, etc.

Keynote speaker at Micro-34, ICME 2002

IEEE B. Ramakrishna Rau Award committee – 2012-2016

IEEE Computer Society Awards Committee – 2015

CES Awards Judge - 2016

**Over 50 refereed publications.**

**Publications since January 2006:**

Wolfe, A., "Retrospective on Code Compression and a Fresh Approach to Embedded Systems", IEEE MICRO, July/Aug. 2016, Invited paper.

**Patents:**

| | |
|---|---|
| U.S. Pat. 5,041,701 | – *Edge Linearization Device for a Contact Input System*, Aug. 20, 1991. |
| U.S. Pat. 5,438,168 | – *Touch Panel*, Aug. 1, 1995. |
| U.S. Pat. 5,736,688 | – *Curvilinear Linearization Device for Touch Systems*, Apr. 7, 1998. |
| U.S. Pat. 6,037,930 | – *Multimodal touch sensitive peripheral device*, March 14, 2000. |
| U.S. Pat. 6,408,421 | – *High-speed asynchronous decoder circuit for variable-length coded data*, June 18, 2002. |
| U.S. Pat. 6,865,668 | – *Variable-length, high-speed, asynchronous decoder circuit*, March 8, 2005 |
| U.S. Pat. 7,079,133 | – *Superscalar 3D Graphics Engine*, July 18, 2006 |
| EP 1 661 131 B1 | – *PORTABLE ENTERTAINMENT APPARATUS*, Jan. 21, 2009 |
| U.S. Pat. 7,555,006 | – *Method and system for adaptive transcoding and transrating in a video network*, June 30, 2009 |
| U.S. Pat. 7,996,595 | – *Interrupt Arbitration for Multiprocessors*, Aug. 9, 2011 |
| EP 2 241 979 B1 | – *Interrupt Arbitration for Multiprocessors*, Oct. 10, 2011 |
| GB201121568D0 | – *Mapping Of Computer Threads onto Heterogeneous Resources*, Jan. 25, 2012 |
| U.S. Pat. 8,131,970 | – *Compiler Based Cache Allocation*, March 6, 2012 |
| U.S. Pat. 8,180,963 | – *Hierarchical read-combining local memories*, May 15, 2012 |
| U.S. Pat. 8,193,941 | – *Snoring Treatment*, June 5, 2012 |
| U.S. Pat. 8,203,541 | – *OLED display and sensor*, June 19, 2012 |
| U.S. Pat. 8,243,045 | – *Touch-sensitive display device and method*, August 14, 2012 |
| U.S. Pat. 8,244,982 | – *Allocating processor cores with cache memory associativity*, August 14, 2012 |
| U.S. Pat. 8,260,996 | – *Interrupt Optimization for Multiprocessors*, Sept. 4, 2012 |
| 101185761 (KR) | – *Noise Cancellation for Phone Conversation*, Sept. 19, 2012 |
| 101200740 (KR) | – *OLED display and sensor*, November 7, 2012 |
| 101200741 (KR) | – *Touch-sensitive display device and method*, November 7, 2012 |
| U.S. Pat. 8,321,614 | – *Dynamic scheduling interrupt controller for multiprocessors*, Nov. 27, 2012 |
| U.S. Pat. 8,352,679 | – *Selectively securing data and/or erasing secure data caches responsive to security compromising conditions*, Jan. 8, 2013 |
| U.S. Pat. 8,355,541 | – *Texture Sensing*, Jan. 15, 2013 |
| U.S. Pat. 8,370,307 | – *Cloud Data Backup Storage Manager*, Feb. 5, 2013 |
| U.S. Pat. 8,398,451 | – *Tactile Input Interaction*, March. 19, 2013 |
| JP 5241032 B2 | – *Routing Across Multicore Network Using Real World or Modeled Data*, April 13, 2013 |
| ZL201010124820.3 | – *Interrupt Optimization for Multiprocessors*, April 17, 2013 |
| U.S. Pat. 8,428,438 | – *Apparatus for Viewing Television with Pause Capability*, April 23, 2013 |
| JP 5266197 B2 | – *Data Centers Task Mapping*, May 10, 2013 |
| U.S. Pat. 8,508,498 | – *Direction and Force Sensing Input Device*, August 13, 2013 |
| U.S. Pat. 8,547,457 | – *Camera Flash Mitigation*, October 1, 2013 |
| U.S. Pat. 8,549,339 | – *Processor core communication in multi-core processor*, October 1, 2013 |
| 101319048 (KR) | – *Camera Flash Mitigation*, October 10, 2013 |
| U.S. Pat. 8,628,478 | – *Microphone for remote health sensing*, January 14, 2014 |
| 101362017 (KR) | – *Thread Shift: Allocating Threads to Cores*, Feb. 5, 2014 |
| 101361928 (KR) | – *Cache Prefill on Thread Migration*, Feb. 5, 2014 |
| 101361945 (KR) | – *Mapping Of Computer Threads onto Heterogeneous Resources*, Feb. 5, 2014 |
| JP 5484580 B2 | – *Task Scheduling Based on Financial Impact*, Feb. 28, 2014 |
| JP 5487306 B2 | – *Cache Prefill on Thread Migration*, Feb. 28, 2014 |
| 101372623 (KR) | – *Power Management for Processor*, March. 4, 2014 |
| 101373925 (KR) | – *Allocating Processor Cores with Cache Memory Associativity*, March 6, 2014 |
| U.S. Pat. 8,676,668 | – *Method for the determination of a time, location, and quantity of goods to be made available based on mapped population activity*, March 18, 2014 |
| U.S. Pat. 8,687,533 | – *Energy Reservation in Power Limited Networks*, April 1, 2014 |
| 101388735 (KR) | – *Routing Across Multicore Networks Using Real World or Modeled Data*, April 17, 2014 |
| JP 5487307 B2 | – *Mapping Of Computer Threads onto Heterogeneous Resources*, May. 7, 2014 |
| U.S. Pat. 8,725,697 | – *Cloud Data Backup Storage*, May 13, 2014 |
| U.S. Pat. 8,726,043 | – *Securing Backing Storage Data Passed Through a Network*, May 13, 2014 |
| ZL201010124826.0 | – *Dynamic scheduling interrupt controller for multiprocessors*, May 14, 2014 |
| JP 5547820 B2 | – *Processor core communication in multi-core processor*, May 23, 2014 |

| U.S. Pat. 8,738,949 | – | *Power Management for Processor*, May 27, 2014 |
| U.S. Pat. 8,751,854 | – | *Processor Core Clock Rate Selection*, June 10, 2014 |
| JP 5559891 B2 | – | *Thermal Management in Multi-Core Processor*, June 13, 2014 |
| 101414033 (KR) | – | *Dynamic Computation Allocation*, June 25, 2014 |
| JP 5571184 B2 | – | *Dynamic Computation Allocation*, July 4, 2014 |
| 101426341 (KR) | – | *Processor core communication in multi-core processor*, May 23, 2014 |
| U.S. Pat. 8,799,671 | – | *Techniques for Detecting Encrypted Data*, Aug 5, 2014 |
| 101433485 (KR) | – | *Task Scheduling Based on Financial Impact,* Aug. 18, 2014 |
| U.S. Pat. 8,824,666 | – | *Noise Cancellation for Phone Conversation,* Sept. 2, 2014 |
| U.S. Pat. 8,836,516 | – | *Snoring Treatment*, Sept. 16, 2014 |
| U.S. Pat. 8,838,370 | – | *Traffic flow model to provide traffic flow information*, Sept. 16, 2014 |
| U.S. Pat. 8,838,797 | – | *Dynamic Computation Allocation*, Sept. 16, 2014 |
| U.S. Pat. 8,854,379 | – | *Routing Across Multicore Networks Using Real World or Modeled Data*, Oct. 7, 2014 |
| JP 5615361 B2 | – | *Thread Shift: Allocating Threads to Cores*, Oct. 15, 2014 |
| U.S. Pat. 8,866,621 | – | *Sudden infant death prevention clothing*, Oct. 21, 2014 |
| U.S. Pat. 8,881,157 | – | *Allocating threads to cores based on threads falling behind threads*, Nov. 4, 2014 |
| U.S. Pat. 8,882,677 | – | *Microphone for remote health sensing*, Nov. 11, 2014 |
| U.S. Pat. 8,924,743 | – | *Securing Data Cache through Encryption*, December 30, 2014 |
| U.S. Pat. 8,994,857 | – | *Camera Flash Mitigation*, March 31, 2015 |
| JP 5699140  B2 | – | *Camera Flash Mitigation*, April 8, 2015 |
| U.S. Pat. 9,143,814 | – | *Method and system for adaptive transcoding and transrating in a video network*, Sept 22, 2015 |
| CN102483703B | – | *Mapping Of Computer Threads onto Heterogeneous Resources*, Oct. 14, 2015 |
| U.S. Pat. 9,178,694 | – | *Securing Backing Storage Data Passed Through a Network*, November 3, 2015 |
| U.S. Pat. 9,189,282 | – | *Thread-to-core mapping based on thread deadline, thread demand, and hardware characteristics data collected by a performance counter*, November 17, 2015 |
| U.S. Pat. 9,189,448 | – | *Routing image data across on-chip networks*, November 17, 2015 |
| U.S. Pat. 9,208,093 | – | *Allocation of memory space to individual processor cores*, December 8, 2015 |
| U.S. Pat. 9,239,994 | – | *Data Centers Task Mapping,* January 19, 2016 |
| EP2228779 B1 | – | *Traffic flow model to provide traffic flow information*, Jan. 27, 2016 |
| U.S. Pat. 9,262,628 | – | *Operating System Sandbox,* February 16, 2016 |
| U.S. Pat. 9,330,137 | – | *Cloud Data Backup Storage Manager*, May. 3, 2016 |
| U.S. Pat. 9,519,305 | – | *Processor Core Clock Rate Selection*, December 13, 2016 |
| U.S. Pat. 9,569,270 | – | *Mapping thread phases onto heterogeneous cores based on execution characteristics and cache line eviction count*, February 14, 2017 |

**Testimony by deposition or at trial – September 20, 2012 - -present**

| Case | Venue | Case Number |
|---|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC v TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED | Northern District of California | 5:08-cv-00877 IF |
| TVI v SONY CORPORATION et. al | Northern District of California | 5:10-cv-00475-JF/HRL |
| Walker Digital, LLC v. Ayre Acoustics, Inc. et al | ITC | 337 -TA-824 |
| ENOVA TECHNOLOGY CORPORATION v INITIO CORPORATION, INITIO CORPORATION (California), WESTERN DIGITAL CORPORATION, BUFFALO INC., and BUFFALO TECHNOLOGY (USA), INC. | District of Delaware | C.A. 10-040LPS |
| In the Matter of Certain Consumer Electronics and Display Devices and Products Containing Same (GPH v HTC) | ITC | 337-TA-836 |
| In the Matter of Computers and Computer Peripheral Devices and Components Thereof and Products Containing the Same (TPL v Kingston et. al) | ITC | 337-TA-841 |
| In the Matter of Certain Electronic Imaging Devices (Flashpoint) | ITC | 337-TA-850 |
| Pacing Technologies LLC v. Garmin International and Garmin USA, Inc. | Southern Dist. of California | CV 12-1067 BEN |
| ProconGPS, Inc. v. Star Sensor, LLC et al. | Northern District of California | 3:12-cv-01903-SI |
| Spireon, Inc. v. CallPass Tech, LLC et al | Northern District of California | 3:12-cv-01903-SI |
| PQ Labs, Inc v Yang Qi, Zaagtech Inc, Jinpeng Li, Haipeng Li. | Northern District of California | 12--00450-CW |
| In the Matter of Certain Consumer Electronics with Display and Processing Capabilities (GPH v Vizio) | ITC | 337-TA-884 |
| Florida Atlantic University Research Corporation, et al. v. TPV Technology Limited, et al | S.D. Fla. | 09-12-CV-80701 09-12-CV-80694 09-12-CV-80697 |
| Inter Partes Review of: U.S. Patent No.: 8,294,677 and U.S. Patent No.: 8,330,738 (TPK v Wintek) | PTO | IPR2013-00433 IPR2013-00436 |
| Inter Partes Review of: U.S. Patent No.: 8,176,267 (SMI v Phison) | PTO | IPR2013-00473 |
| Immersion Technologies v HTC CORPORATION et al. | District of Delaware | 1:12-cv-00259-UNA |
| Smartflash v. Samsung et al. | E. D. Texas | 6:13-CV-448 |
| Black Hills Media LLC v Sonos LLC | C.D. California | 2:14-cv-00486 |
| Kangaroo Media, Inc. et al. v. YinzCam, Inc. | District of Western Pennsylvania | 2:12-cv-00382-JFC |
| Inter Partes Review of: U.S. Patent No. 8,176,267 (CATR v Kingston) | PTO | IPR2015-00149 |
| Inter Partes Review of: U.S. Patent No. 6,890,188 (Imation v Kingston) | PTO | IPR2015-00066 |
| INTELLECTUAL VENTURES II LLC v JP MORGAN CHASE & CO., et al., | Southern District of NY | 13 Civ. 3777 |
| Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. vs. NVIDIA Corporation, Old Micro, Inc. f/k/a Velocity Micro, Inc., and Velocity Holdings, LLC | E. D. Virginia | 3:14-cv-00757-REP |

6

| | | |
|---|---|---|
| Certain Touchscreen Controllers and Products Containing Same (Synaptics v Shenzhen Huiding Technology Co., Ltd) | ITC | 337-TA-957 |
| Inter Partes Review of: U.S. Patent No. 7,742,053 (LG v ATI) (also 6,897,871 and 7,327,369) | PTO | IPR2015-00325 IPR2015-00326 IPR2015-00330 |
| Ericsson Inc., et al. v TCL Communication Technology Holdings, LTD, et al. | E. D. Texas | 2:15-cv-11 |
| Certain Table Saws Incorporating Active Injury Mitigation Technology and Components Thereof (Sawstop v Bosch) | ITC | 337-TA-965 |
| INTER PARTES REVIEW OF U.S. PATENT NO. RE43,931 (TCL v Ericsson) | PTO | IPR2015-01602 IPR2015-01637 IPR2015-01641 IPR2015-01646 IPR2015-01674 IPR2015-01676 IPR2015-01761 IPR2015-01806 |
| T-Mobile, USA, Inc. v. Huawei Device USA, Inc. and Huawei Technologies Co., Ltd. | W. D. Washington | 14-cv-1351 |
| AVM Technologies, LLC v. Intel Corporation and Related Matters | District of Delaware | 15-33-RGA |
| TCL v. Ericsson, et al. | C.D. California | 8:14-cv-341 |
| Sonos Inc. v D&M Holdings Inc. d/b/a the D&M Group; D&M Holdings U.S. Inc. and Denon Electronics (USA) LLC. | District of Delaware | 14-1330-RGA |
| Waymo v Uber et. al | N. D. CA | 3:17-cv-00939 |
| Certain Graphics Systems,Components Thereof and Consumer Products Containing the Same | ITC | 337-TA-1044 |
| Intellisoft, Ltd. v Acer | Superior Court of California for the County of Santa Clara | l-14-CV-272381 |

# Publications

**Book Chapters:**

Tiwari, V., Malik, S., Wolfe, A., and Lee, M. T-C., "Instruction Level Power Analysis and Optimization of Software," in *Technologies for Wireless Computing*, Kluwer Academic Publishers, 1996, Anantha P. Chandrakasan and Robert W. Brodersen, Editors.

Wolf, W., Liu, B., Wolfe, A., Yeung, M., Yeo, B., and Markham, D., "Video as Scholarly Material in the Digital Library," Chapter 1 in *Advances in Digital Libraries '95*, Springer-Verlag, 1995.

Malik, S., Wolf, W., Wolfe, A., Li, Y-T. S. , and  Yen, T., "Performance Analysis of Embedded Systems",  in *Hardware-Software Codesign*, Kluwer Academic publishers, NATO-ASI Series, G. DeMichelli and M. Sami ed., 1995.

**Refereed Journal Papers:**

Wolfe, A., and Noonburg, D., "A Superscalar 3D Graphics Engine", *The Journal of Instruction Level Parallelism*, vol 2, May 2000, (http://www.jilp.org/vol1).

Kozuch, M., Wolf, W., and Wolfe, A,  "An Experimental Analysis of Digital Video Library Servers. Multimedia Systems 8(2): 135-145, ACM/Springer, 2000.

Benes, M., Nowick, S., and Wolfe, A., "A Fast Asynchronous Huffman Decoder for Compressed-Code Embedded Processors", to appear in *IEEE Transactions on VLSI Systems.*

Li, Y-T. S., Malik, S., and Wolfe, A., "Performance Estimation of Embedded Software with Instruction Cache Modeling", *ACM Transactions on Design Automation for Embedded Systems*, v. 4 n. 3, July 1999.

Dutta, S. , O'Connor, K., Wolf, W., and Wolfe, A., "A Design Study of a 0.25 µm Video Signal Processor," *IEEE Trans. on Circuits & Systems for Video Signal Processing,* Vol. 8, No. 4, pp. 501-519, Aug. 1998.

Dutta, S. , Wolf, W., and Wolfe, A., "A Methodology for Memory System Design for Programmable Video Processors," *IEEE Trans. on Circuits & Systems for Video Signal Processing*, v. 8, n.  1 , pp. 36 –53, Feb. 1998.

Conte, T., Dubey, P., Jennings, M., Lee, R., Peleg, A., Rathnam, S., Schlansker, M., Song, P., and Wolfe, A., "Challenges to Combining General-Purpose and Multimedia Processors", *IEEE Computer*, Vol. 30, No. 12, pp. 33-37, Dec. 1997.

de Souza, A. F., Fernandes, E. S. T., and Wolfe, A., "On the Balance of VLIW Architectures", in *Journal of Systems Architectures*, Vol. 43, No. 1—5, March 1997, pp. 15—22.

Tiwari, V., Malik, S., Wolfe, A., Lee, T., "Instruction Level Power Analysis and Optimization of Software" (extended version), in *Journal of VLSI Signal Processing*, Nov. 1996.

Wolfe, A., "Issues for Low-Power CAD Tools:  A System-Level Study", *Design Automation for Embedded Systems*, v. 1, n. 4, pp. 315–332,  Kluwer, Oct. 1996.

Wolf, W., Wolfe, A., Chinatti, S., Koshy, R., Slater, G., and Sun, S., "Lessons from the Design of a PC-Based Private Branch Exchange", *Design Automation for Embedded Systems*, v. 1, n. 4, pp. 297–314, Kluwer, Oct. 1996.

Wolfe, A., "Software-Based Cache Partitioning for Real-time Applications",  *The Journal of Computer and Software Engineering*, v. 2, no. 3, pp. 315-327, 1994.

Tiwari, V., Malik, S., and Wolfe, A., "Power Analysis of Embedded Software:  A First Step Towards Software Power Minimization", *IEEE Transactions on VLSI Systems*, v. 2, no. 4, pp. 437-445, Dec. 1994.

**Andrew Wolfe Ph.D.**                                                                                                                              **108 Leewood Ct**
**Email:**  awolfe@awolfe.org                                                                                                                **Los Gatos, CA 95032**
**(408) 356-9593**

**Refereed Conference Papers:**

Wolfe, A., and Noonburg, D., "A Superscalar 3D Graphics Engine", *Micro 32, the 32nd International Symposium On Microarchitecture*, Haifa, Israel, Nov. 1999.

Benes, M., Nowick, S., and Wolfe, A., "A Fast Asynchronous Huffman Decoder for Compressed-Code Embedded Processors", *4th IEEE International Symposium on Advanced Research in Asynchronous Circuits and Systems (Async-98)*, San Diego, CA, March 1998.

Liao, H. and Wolfe, A., "Available Parallelism in Video Applications", in *Micro 30, the 30th International Symposium On Microarchitecture*, pp. 321-329, Raleigh, NC, Dec. 1997.

Kozuch, M., Wolf, W., and Wolfe, A, "An Approach to Network Caching for Multimedia Objects," in *ICCD '97*, IEEE Computer Society Press, Oct. 1997.

Li, Y-T. S. , Malik, S., and Wolfe, A., "Cinderella: A Retargetable Environment for Performance Analysis of Real-Time Software", Euro-Par 1997.

Benes, M., Wolfe, A., and Nowick, S., "A High-Speed Asynchronous Decompression Circuit for Embedded Processors", in *Advanced Research on VLSI*, Sep. 1997.

Santos, A., Wolfe, A., and Fernandes, E .S .T., ``Functional Units Utilization in a Multiple-Instruction Issue Architecture,'' Proceedings of the 23rd Euromicro Conference, *Euromicro*, Peter Milligan and Patrick Corr (Editors), IEEE Computer Society, September 1997, pp. 228--233.

Kozuch, M., Wolf, W., Wolfe, A., and McKay, D., "Branch Libraries for Multimedia Repositories," in *ACM Digital Libraries '97*, ACM Press, pp. 261-262, 1997.

Wolfe, A., Wolf, W., Dutta, S., and Fritts, J., "A Design Methodology for Programmable Video Signal Processors", in *SPIE symposium on Electronic Imaging:  Multimedia Hardware Architectures*,  Feb. 1997.

Wolfe, A., Fritts, J., Dutta, S., and Fernandes, E. S. T., "Datapath Design for a VLIW Video Signal Processor", in *HPCA-3*, San Antonio, TX, Feb. 1997.

Li, Y-T. S. , Malik, S., and Wolfe, A., "Cache Modeling for Real-Time Software: Beyond Direct Mapped Instruction Caches", in *RTSS  '96*, Washington, DC, Dec. 1996.

Dutta, S., Wolfe, A , Wolf, W., and O'Connor, K.,, "Design Issues for a Very-Long-Instruction-Word VLSI Video Signal Processor," in *VLSI Signal Processing IX*, pp.  95-104, San Francisco, CA , Oct. 1996.

Kozuch, M., Wolf, W., and Wolfe, A., "New Challenges for Video Servers:  Performance of Non-Linear Applications Under User Choice", *ICCD '96*, pp. 145–146, Austin, TX, Oct., 1996.

Filho, E. M. C., Wolfe, A. and Fernandes, E. S. T., "Load Balancing on a Superscalar Architecture", *The 22nd Symposium on Microprocessing and Microprogramming, Euromicro '96*, pp. 651-658, IEEE, Prague, Czech Rep., Sept. 1996.

Dutta, S., O'Connor, K., and Wolfe, A., "High Performance Crossbar Interconnect for a VLIW Video Signal Processor", *1996 Ninth Annual IEEE International ASIC Conference*, pp. 45-49, Rochester, NY, Sept., 1996.

Filho, E. M. C., Fernandes, E. S. T, and Wolfe, A., "Functionality Distribution on a Superscalar Architecture" *Europar '96, Lecture Notes in Computer Science*, No. 1124, pp. 773-778, Springer-Verlag, Aug. 1996.

Wolfe, A., "Opportunities and Obstacles in Low-Power System-Level CAD", *33rd DAC*, Las Vegas, NV, June 1996.

Wolfe, A. and Lyon, S., "Learning at 40 feet/s: A System-Level Design Lab",  *1996 ASEE Annual Conference*, Washington DC, June, 1996.

Sturm , J. and Wolfe,  A., "Breadth and Unity:  A Revised Electrical Engineering Curriculum at Princeton University", *1996 ASEE Annual Conference*, Washington DC, June, 1996.

Tiwari, V., Malik, S. ,Wolfe, A., Lee, T., "Instruction Level Power Analysis and Optimization of Software", *9th International Conf. on VLSI Design*, pp. 326-328, Bangalore, India, Jan. 1996.

Li, Y-T. S. , Malik, S., and Wolfe, A., "Efficient Microarchitecture Modeling and Path Analysis for Real-Time Software", *RTSS '95*, Pisa, Italy, Dec. 1995.

Li, Y-T. S. , Malik, S., and Wolfe, A., "Performance Estimation of Embedded Software with Instruction Cache Modeling", *ICCAD '95,* San Jose, CA., Nov. 1995.

Dutta, S. , Wolf, W., and Wolfe, A., "VLSI Issues in Memory-System Design for Video Signal Processors," *ICCD '95*, pp. 498-503, IEEE Computer Society Press, Oct. 1995.

Wolfe,  A. "A Case Study in Low-Power System-Level Design", *ICCD '95*, pp. 332-338, Oct. 1995.

Kozuch, M., Wolf, W., and Wolfe, A., "Client-server Architectures for Nonlinear Video Services", SPIE Conference on Integration Issues in Large Commercial Storage Systems, SPIE, Philadelphia, PA, Oct., 1995.

Filho, E. M. C., Wolfe, A., and Fernandes, E. S. T., "The Effect of Branch Units on the Performance of Superscalar Architectures", *The 21st Symposium on Microprocessing and Microprogramming, Euromicro '95*, pp. 277-284, IEEE, Como, Italy, Sep. 1995.

Wolf, W., Liu, B., Wolfe, A., Martonosi, M., and Liang, Y., "A Digital Video Library for Classroom Use", *International Symposium on Digital Libraries*, Tsukuba Science City, Japan, August, 1995.

Kozuch, M. and Wolfe, A., "Compression of Embedded System Programs", *ICCD '94*, pp. 270-277, Oct. 1994.

Tiwari, V., Malik, S., and Wolfe, A., "Power Analysis of Embedded Software:  A First Step Towards Software Power Minimization", *International Conference on Computer Aided Design*, Nov. 1994.

Tiwari, V., Malik, S., and Wolfe, A., "Compilation Techniques for Low Energy: An Overview", *IEEE Solid-State Circuits Council 1994 Symposium on Low-Power Electronics,* 1994.

Wolf, W., Wolfe, A., Chinatti, S., Koshy, R., Slater, G., and Sun, S., "TigerSwitch: A Case Study in Embedded Computing System Design", *International Workshop on Hardware-Software Codesign*, IEEE, 1994.

Liu, B., Wolf, W., Kulkarni, S., Wolfe, A, *et. al*, "The Princeton Video Library of Politics", *Digital Libraries '94 – The First Annual Conference on the Theory and Practice of Digital Libraries*, pp. 215-216, June 1994.

Malik, S. and Wolfe, A., "Harnessing the Performance of Microprocessors for Real-Time Applications," *ISCA '94 Workshop on Architectures for Real-Time Applications*, April, 1994.

Boleyn, R.. and Wolfe, A., "Two-Ported Cache Alternatives for Superscalar Processors", *Micro 26, the 26th International Symposium On Microarchitecture*, Dec. 1993.

Boleyn, R., Debardelaben, J., Tiwari, V., and Wolfe, A., "A Split Data Cache for Superscalar Processors", *ICCD '93*, Oct. 1993.

Wolfe, A., "Software-Based Cache Partitioning for Real-time Applications", *Third International Workshop on Responsive Computer Systems*, Sept. 1993.

Wolfe, A., and Chanin, A., "Executing Compressed Programs on an Embedded RISC Architecture", *Micro-25, the 25th Annual International Symposium on Microarchitecture*,  pp. 81-91, Dec. 1992.

Maly, W., Patyra, M., Primatic, A., Raghavan, V., Storey, T., and Wolfe, A., "Memory Chip for 24-port Global Register File", *IEEE Custom Integrated Circuit Conference*, May 1991.

Wolfe, A., and Shen, J. P., "A Variable Instruction Stream Extension to the VLIW Architecture", *Fourth International Conf. on Architectural Support for Programming Languages and Operating Systems*, ACM, April 1991.

Wolfe, A., and Shen, J. P., "Flexible Processors:  A Promising application-specific processor design approach", *Micro-21, the 21st Annual Workshop on Microprogramming and Microarchitecture*, IEEE, Dec. 1988, pp. 30-39.

Wolfe, A., Breternitz Jr., M., Stephens, C., Ting, A. L., Kirk, D. B., Bianchini Jr., R. P., Shen, J. P., "The White Dwarf:  A High-Performance Application-Specific Processor", *15th Annual Symposium on Computer Architecture*, IEEE, June 1988, pp. 212-222.

**Other Publications**

Chan, Y, Sudarsanam, A, and Wolfe, A., "The Effect of Compiler-Flag Tuning on SPEC Benchmark Performance", *Computer Architecture News,* v. 22, no. 4, pp. 60-70, Sept. 1994.