**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| HITACHI MAXELL, LTD., | |
| *Plaintiff*, | Case No. 5:16-cv-00178-RWS |
| v. | LEAD CASE |
| HUAWEI DEVICE USA INC. and HUAWEI DEVICE CO., LTD., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |
| HITACHI MAXELL, LTD., | |
| *Plaintiff*, | Case No. 5:16-cv-00179-RWS |
| v. | **JURY TRIAL DEMANDED** |
| ZTE CORPORATION and ZTE USA INC., | |
| *Defendants*. | |

**DECLARATION OF DR. ZHI DING IN SUPPORT OF DEFENDANTS' <u>RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>**

1.      I, Dr. Zhi Ding, declare under the penalty of perjury that the material contained herein is true and correct and I am competent to testify thereto.

2.      I have been retained by counsel for ZTE (USA) to provide this declaration in support of the Defendant's Responsive Claim Construction relating to certain claim terms in U.S. Patent No. 6,408,193 titled "cellular telephone" (the "'193 Patent"). If called as a witness, I could and would testify competently to the matters set forth herein.

3.      My opinions are based on my years of education, research and teaching experience, as well as my investigation and study of relevant materials.  The materials that I studied for this declaration include all exhibits of the petition.

## I.      BACKGROUND AND QUALIFICATIONS

4.      Attached hereto as Appendix A is a true and correct copy of my *curriculum vitae*. I have summarized by educational background, work experience, and relevant qualifications in this section.

5.      I am presently serving as Professor in the Department of Electrical and Computer Engineering at University of California, Davis, California, a position I have held since appointment on July 1, 2000.  I am also a private technical consultant on various information related technologies.

6.      I have more than 27 years of research and teaching experience on a wide range of topics related to data communications and signal processing.

7.      I received a Ph.D. in Electrical Engineering from Cornell University, New York (1990); a Master of Applied Science degree in Electrical Engineering from University of Toronto, Canada (1987); and a Bachelor's degree in Wireless Engineering from Nanjing Institute of Technology (later renamed Southeast University), China (1982).

8.      My professional responsibilities as a Professor at University of California, Davis, include classroom instruction on various topics of communication systems and signal analysis, as well as supervising undergraduate and graduate students' research and development efforts on various topics related to digital communications and signal processing.  I have directly supervised such research and development works ranging from signal detection to wireless networking.  As the chief academic advisor, I have also directly supervised the completion of 20 Master's theses and 25 Ph.D. dissertations on various topics related to digital communications.  I

have served full time as a faculty member at three major research universities in the United

States over the past 27 years, including Auburn University from 1990 to 1998, University of

Iowa from 1999 to 2000, and University of California, Davis, from 2000 to present.

9.      Since 1990, I have been selected as the principal investigator of multiple highly

competitive federal and local research grants, including sixteen major research projects

supported by the National Science Foundation and two research projects funded by the U.S.

Army Research Office.  These competitive research projects focused on developing more

efficient and effective digital communication transceivers, networks, and signal processing tools.

I have also participated in three large-scale projects supported by the Defense Advanced

Research Projects Agency (DARPA) with teams of researchers.  I have applied for, and received

support from, other federal, state, and industry sponsors.

10.     I have published over 170 peer-reviewed research articles in premier international

journals, in addition to over 215 refereed technical articles at top international conferences on

communications and signal processing.  I also authored two books on communications

technologies.  My most recent book, co-authored with B.P. Lathi, is entitled, "Modern Digital

and Analog Communication Systems," 4th edition, and was published by the Oxford University

Press in 2009.  This book has been widely adopted as an introductory textbook to communication

systems.

11.     In addition to the hundreds of published technical papers, I am also co-inventor of

3 issued US patents on wireless communication technologies.

12.     I am a Fellow of the Institute of Electrical and Electronics Engineers (IEEE), and

was elected in January 2003 for contributions made in signal processing for communication.

The IEEE is the world's largest professional society of engineers, with over 400,000 members in

more than 160 countries.  The IEEE has led the development of many standards for modern

digital communications and networking, most notably, the IEEE 802 series of network standards.

The IEEE Grade of Fellow is conferred by the Boards of Directors upon a person with an

extraordinary record of accomplishments in any of the IEEE fields of interest.  The total number

selected in any one year does not exceed one-tenth percent of the total voting Institute

membership.

13.     I have served the IEEE in the following capacities:

- General Chair of the 2016 IEEE International Conference on Acoustics, Speech, and Signal Processing, the flagship conference of the IEEE Signal Processing Society.

- Chair of the Steering Committee for the IEEE Transactions on Wireless Communications.

- Distinguished Lecturer of the IEEE Communications Society from January 2008 to December 2009.

- Technical Program Chair of the 2006 IEEE Globecom, one of two flagship annual IEEE Communication Society conferences.

- Distinguished Lecturer of the IEEE Circuits and Systems Society from 2004 to 2005.

- Associate Editor of the IEEE Transactions on Signal Processing from 1994 to 1997 and 2001 to 2004.

- Member of the IEEE Statistical Signal and Array Processing for Communications Technical Committee from 1993 to 1998.

- Member of the IEEE Signal Processing for Communications Technical Committee from 1998 to 2004.

14.     In 2012, I received the annual Wireless Communications Technical Committee Recognition Award from the IEEE Communications Society, a peer award given to a person with a high degree of visibility and contribution in the field of "Wireless and Mobile Communications Theory, Systems, and Networks."

15.     I have also served as a technical consultant for the telecommunication industry. For example, in 1995 I consulted for Analog Devices, Inc., on the development of first generation DOCSIS cable communication systems.  I have also consulted for other companies, including Nortel Networks, NEC US Laboratories, and Analog Devices, Inc.  I worked as a visiting faculty research fellow at NASA Glenn Research Center in 1992 and at U.S. Air Force Wright Laboratory in 1993.  I have served on multiple review panels of the National Science Foundation to evaluate competitive research proposals in the field of communication.  I have also reviewed a large number of research proposals at the request of the National Science and Engineering Research Council (NSERC) of Canada as an expert panelist from 2010 to 2013, and also at the request of the Research Grant Council (RGC) of Hong Kong as an external reviewer.

16.     I have served as expert witness or consulting expert on a number of matters related to intellectual property, especially in the arena of wireless communications, including cellular communications and Wi-Fi technologies in particular.  From my prior experience, I have developed a strong sense of and expertise in what it means for a patent to be standard essential, particularly with respect to the 2G, 3G, and 4G cellular standards and associated technologies such as Wi-Fi.  For example, since 2007, I have been engaged to conduct extensive expert works on various litigations involving alleged cellular and Wi-Fi standard essential patents.  In

connection with my work on this litigation, I applied such knowledge and expertise when

analyzing the essentiality of select patents, as described in further detail below.

17.     Further experience is presented in my *curriculum vitae,* which is attached as

Appendix A.

## II.     LEVEL OF ORDINARY SKILL IN THE ART

18.     In rendering the opinions set forth in this declaration, I was asked to consider the

patent claims and the prior art through the eyes of a person of ordinary skill in the art. I

considered factors such as the educational level and years of experience of those working in the

pertinent art; the types of problems encountered in the art; the teachings of the prior art; patents

and publications of other persons or companies; and the sophistication of the technology.  I

understand that a person of ordinary skill in the art is not a specific real individual, but rather a

hypothetical individual having the qualities reflected by the factors discussed above.

19.     In my opinion, a person of ordinary skill in the art, at the time of the '193 patent,

would have, at minimum, a bachelor's degree in computer science, computer engineering,

electrical engineering, or a related field, with at least two years of experience in research, design,

or development of cellular or other wireless communication systems. Extensive experience and

technical training may substitute for educational requirements, while advanced education such as

a relevant MS or PhD might substitute for experience.

## III.     MATERIAL CONSIDERED

20.     I have considered the following information in forming my opinions:

a.   The '193 Patent;

b.   The Prosecution History of the '193 Patent;

c.   P.R. 4-3 Joint Claim Construction and Prehearing Statement (dated Aug.
31, 2017)

d.  Plaintiff's Opening Claim Construction Brief (dated Oct. 2, 2017); and

e.  Declaration Of Dr. Michael a. Caloyannides in Support of Plaintiff's

Opening Claim Construction Brief (dated Oct. 2, 2017).

## IV.   UNDERSTANDING OF THE LAW

21.     I understand that the claims of a patent are presumed to be valid, and that

invalidity of a claim must be proven by clear and convincing evidence.

### A.     Claim Construction

22.     I understand that the claims of the patent define the limits of the patentees'

exclusive rights.  In order to determine the scope of the claimed invention, courts typically

construe (or define) claim terms, the meaning of which the parties dispute.  My purpose in

submitting this declaration is to assist the Court in its construction of the disputed claims based

upon how a person of ordinary skill in the art at the time the patent applications were filed would

have understood those claims.

23.     I understand that claim terms should generally be given their plain and ordinary

meaning as understood by one of ordinary skill in the art at the time of the invention and after

reading the patent and its prosecution history.  Claims must be construed, however, in light of

and consistent with the patent's intrinsic evidence.  Intrinsic evidence includes the claims

themselves, the written disclosure in the specification, and the patent's prosecution history,

including the prior art that was considered by the United States Patent and Trademark Office

("PTO").

24.     The language of the claims helps guide the construction of claim terms.  The

context in which a term is used in the claims can be highly instructive.

25.     The specification of the patent is the best guide to the meaning of a disputed claim

term.  Embodiments disclosed in the specification help teach and enable those of skill in the art

to make and use the invention, and are helpful to understanding the meaning of claim terms.  For example, an inventor may attribute special meanings to a term by specifically defining it or otherwise incorporating such a definition in the specification or file history.  However, limitations should not be imported from the specification into the claims.

26.     In the specification, a patentee may also define his own terms, give a claim term a different meaning than it would otherwise possess, or disclaim or disavow claim scope.  A claim term is generally presumed to possess its ordinary meaning.  This presumption, however, does not arise when the patentee acts as his own lexicographer by explicitly defining or re-defining a claim term.  This presumption can also be overcome by statements, in the specification or prosecution history of the patent, of clear disclaimer or disavowal of a particular claim scope.

27.     I understand that the specification may also resolve any ambiguity where the plain and ordinary meaning of a claim term lacks sufficient clarity to permit the scope of the claim to be ascertained from the claim words alone.

28.     I understand that the prosecution history is another important source of evidence in the claim construction analysis.  The prosecution history is the record of the proceedings before the PTO, including communications between the patentee and the PTO regarding the patent application.  The prosecution history can inform the meaning of the claim language by demonstrating how the patentee and the PTO understood the invention and whether the patentee limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be.  I understand that a patentee may also define a term during the prosecution of the patent.  The patentee is precluded from recapturing through claim construction specific meanings or claim scope clearly and unambiguously disclaimed or disavowed during prosecution.

29.     I understand that extrinsic evidence may also be considered when construing claims.  Extrinsic evidence is any evidence that is extrinsic to the patent itself and its prosecution history.  Examples of extrinsic evidence are technical dictionaries, treatises, and expert testimony.  I understand that extrinsic evidence is less significant than the intrinsic record in determining the meaning of the claim language.  I understand that extrinsic evidence can be useful to provide background on the technology at issue, to explain how an invention works, to ensure that the understanding of the technical aspects of a patent is consistent with that of a person of ordinary skill in the art, or to establish that a particular term in the patent or prior art has a particular meaning in the art.

### B.     Indefiniteness claims under § 112, ¶ 2

30.     I understand that a claim limitation is indefinite if the claim, when read in light of the specification and the prosecution history, fails to inform with reasonable certainty persons of ordinary skill in the art about the scope of the invention at the time the patent application was filed.

31.     I understand that the claim language might mean several different things, but even if a definition is supported by the specification, the claim is still indefinite if a person skilled in the art cannot translate the definition into a precise claim scope.

32.     I understand that the definiteness requirement mandates clarity but recognizes that absolute precision is impossible.

### C.     "Means-plus-function" claims under § 112, ¶ 6

33.     I understand that claim terms may be written in a means-plus-function format.  I understand that use of the word "means" followed by a recited function creates a presumption that the claim limitation is in means-plus-function format.  I understand that the presumption that a claim limitation is a means-plus-function limitation can be rebutted by showing either (1) the

claim phrase sufficiently recites a definite structure for performing the function; or (2) "means" claim language exists without recitation of a function.  If this presumption is not rebutted, the means-plus-function limitation is construed to cover the corresponding structure, material, or acts describes in the specification of the patent and equivalents thereof only.

34.     I understand that, where there is no corresponding structure for a means-plus-function claim limitation disclosed in the specification of a patent, that claim limitation is indefinite.  I understand that the absence of structure from the patent's specification cannot be cured by resorting to the knowledge of a person of ordinary skill in the art.

35.     I understand that for means-plus-function limitations that are performed on a computer, the simple disclosure of a general purpose computer is not sufficient structure to render the claim limitation definite.  Rather, a patent claim that includes a computer-implemented means-plus-function limitation must disclose an algorithm for performing the claimed function; in the absence of a disclosed algorithm for performing the claimed function, the claim limitation is indefinite.  Because general purpose computers can be programmed to accomplish a function in multiple ways, merely disclosing a general purpose computer does not provide a sufficient limit on the scope of the claim when a means-plus-function limitation is used.  The corresponding structure for a computer-implemented means-plus-function limitation is not a general purpose computer, but rather an algorithm that turns the general purpose computer into special-purpose computer or microprocessor that is programmed to perform the claimed function.  I understand that the claimed limitation will be indefinite if the specification does not disclose an algorithm in sufficient detail for performing the claimed function.

## V.     BACKGROUND OF THE TECHNOLOGY

36.     During the time of the filing of the application leading to the 193 patent the cellular technology deployed in the field was predominantly Second Generation (2G)

technology.  There were two types of cellular systems deployed in the field at the time of the invention; one uses a CDMA technology standardized as IS-95 for spread spectrum communications; the other uses a time-division multiple access (TDMA) technology that is non-spread spectrum and has a much smaller signal bandwidth.  The widely deployed TDMA cellular systems were standardized as GSM (Europe) and Digital AMPS (North America).

37.     The industry was contemporaneously standardizing Third Generation (3G) systems which were all adopting various forms of wideband CDMA technologies that later became the UMTS WCDMA and the CDMA 2000.

38.     In my review of the file history I noted that the applicant noted significant differences between CDMA and other types of cellular technology. Not only do I agree generally with those statements, but I would also add that CDMA systems that were being commercially developed have a number of significant differences that are important to transmitter amplifier design.  For example,  the frequency range of operation, and the bandwidth of commercial 2G and 3G CDMA signals are significantly different (i.e., wider) than other commercial non-spread spectrum communications systems at the time of the invention.  One of ordinary skill in the art (a RF design engineer) would need to understand that they were designing transmitters for a commercial CDMA system rather than other types of generic and non-spread spectrum wireless communications.  Because of the significant differences between CDMA signals and non-CDMA signals that are generally understood to a person of ordinary skill in the art, I find the preamble limiting.

## VI.     OPINIONS ON CLAIM CONSTRUCTION

### A.     "*Variable Amplitude Amplifier*"

| Defendant's Proposed Construction | Plaintiff's Proposed Construction |
|---|---|
| "device that includes a first-stage amplifier, two filters, an up-converter, | plain and ordinary meaning |

| and a second-stage amplifier" | |
|---|---|

39.      It is my opinion that defendant's proposed construction of the term "variable amplitude amplifier" is accurate. First of all, Variable amplitude amplifier cannot be understood in "plain and ordinary meaning".  In plain and ordinary meaning, this would mean "an amplifier with variable amplitude". Only signals can have amplitudes, an amplifier with variable amplitude makes no sense in plain and ordinary language.  To the extent that Plaintiff may argue that the variable amplitude refers to the amplitude of the amplifier's output signals, an important characteristic of a good amplifier is for it to introduce little or no distortion during amplification of an input signal.  Since, in communication transmitters, the input signal to such amplifiers typically has variable amplitudes because of modulation by message signals it carries, the amplifier output signal should also have variable amplitude regardless of whether the amplifier introduces additional variable amplitude or not.  Hence, variable amplitude amplifier cannot be understood by a person of ordinary skill in the art in plain and ordinary meaning.

40.      As shown in FIG. 2, block 230 represents the variable amplitude amplifier in the first embodiment. Refer back to FIG. 1, which is a block diagram in the first embodiment, block 230 contains two amplifier, two filters, and one up-converter.





41.    FIG. 3 shows details of the variable amplitude amplifier in the first embodiment, by logic, the details in FIG. 3 would mean for the details for block 230 as shown in FIG. 1.



42.    I understand that Plaintiff asserts FIG. 3 as the preferred embodiment; however, in my opinion, the specification does not enable one skilled in the art to know how the embodiment works. The specification details the terminal circuits, the power source voltage, the resistors and the capacitors, and further details how they are connected. The specification also states that a transistor controls the output power based on control signals generated by the CPU; however, the specification does not detail how the control signal will be converted into electric voltage of appropriate range to adequately control the transistor through node Tc or how the "transistor Q31

13

controls the output power" of the amplifier since the transistor is the core component of the amplifier circuit in FIG. 3.

43.     To a person of ordinary skill in the art, amplifier gain can typically refer to the ratio of output to input in terms of voltage gain, current gain, or power gain. Transistor amplifiers are most commonly in use today. Transistor-based amplification can use different configurations. For example, a bipolar junction transistor can utilize either common collector or common emitter amplification configurations.

44.     FIG. 3 illustrates a common emitter amplification whose voltage gain is affected by a ratio between the collector impedance 2323 and the base impedance 2321.  Not only does the embodiment illustrated by Figure 3 fails to show how the control signal would be coupled to the amplifier circuit, but there is also no discussion on whether or how such coupling circuit for the control signal would or would not change the input impedance or any other parameter which might impact the gain of the amplifier.

45.     I understand that Plaintiff's expert, Dr. Caloyannides has opined on these terms in his declaration.  I have carefully reviewed the reasons for his opinion, and I respectfully disagree with his opinion. Dr. Caloyannides states that the term "variable amplitude amplifier" has been known to person skilled in the art and provided three patents; however, his samples do not clarify the meaning of the term.

46.     Dr. Caloyannides states that U.S. Patent 3,593,108 includes the term "variable amplitude amplifier," however the patent fails to provide definite structure for the variable amplitude amplifier 13. Moreover, US Patent 3,593,108 ('108) discloses an invention for controlling or regulating the output magnitude of a direct current (DC) voltage.  This apparatus includes a variable amplitude amplifier that would change its output square wave signal's

amplitude for a fixed amplitude input which is a square wave signal. Since the input square wave has a constant magnitude, such control would vary the amplitude of the output square wave signal accordingly to achieve the goal of regulating DC current, by using a DC control signal derived from a difference amplifier.  This reference defines "variable amplitude amplifier" as one that generates output square wave control signal with adjustable amplitude. However, the situation is completely different in the scope of the invention for '193 where the input signal to the variable amplitude amplifier is a CDMA communication signal. Unlike control signals, communication signals including CDMA signals always have time-varying amplitudes because the modulated communication signals must use amplitude and other variations to convey the message signal to the receiver system. Thus, in a CDMA transmitter, the input signal to the said variable amplitude amplifier already exhibits time-varying amplitudes and is certainly not a square wave as in '108.  Even without exercising any amplitude-control, the output waveform of a standard amplifier will have time-varying amplitude since its input signal has time-varying amplitude.  It would make no sense to use control signals to further vary the output signal amplitude. In fact, if the transmitter's variable amplitude amplifier would further change output communication signal's amplitude, it would distort unwittingly the information message carried by the communication signals, thereby causing unwanted bit errors at the receiver.  For this reason, '108 provides no meaningful evidence in the context of the invention of '193.

47.    Dr. Caloyannides states that U.S. Patent 6,334,780 includes the term "variable gain amplifier." The term "Variable gain amplifier" is not in dispute here. In any case, "variable gain amplifier" is well known, and is an electronic amplifier that varies its gain depending on a control voltage. I would agree that a variable gain amplifier can use plain and ordinary meaning but not for Variable Amplitude Amplifier.

48.     Dr. Caloyannides states that U.S. Patent 4,836,528 ('528) includes the term "variable-amplitude amplifier." The term only appears once in the specification, and refers to an amplifier 20 in FIG.2.  The '528 patent fails to provide definite structure for the term. Similar to U.S. Patent 3,593,108, the scope of the '528 patent is also limited to the generation of control signals that use adjustable amplitudes to effect different control actions. In this patent, the use of variable amplitude amplifier attempts to regulate the amplitude of the constant amplitude output control signal.   '528 further states that the variable amplitude amplifier adjusts the output amplitude using an amplitude regulating circuit 21. As stated earlier, unlike the cited reference, the signals of interest are completely different in the scope of the invention for '193 where the input signal to the variable amplitude amplifier is a CDMA communication signal. Unlike control signals that typically have steady but adjustable amplitude, communication signals always have time-varying amplitudes that change rapidly because these signals must use amplitude and other variations to convey the message signal in a communication system. Thus, in a CDMA transmitter, the input signal to the said variable amplitude amplifier already exhibits varying amplitudes.  Even without applying any amplitude-control, the output waveform of a standard amplifier will have time-varying amplitude since its input signal has time-varying amplitude.  It is counter-productive to use control signals to further vary the output signal amplitude. In fact, if the transmitter's variable amplitude amplifier would change output communication signal's amplitude further, it would distort unwittingly the information message carried by the communication signals, thereby causing unwanted bit errors at the receiver.  For this reason, citing '528 as evidence makes no sense in the context of the invention of '193.

49.     Communication signals as inputs to the amplifier always have variable amplitude. Therefore it does not make sense to further vary them.   In fact, varying the signal amplitude by

the transmitter variable amplitude amplifier would change the information message carried by the communication signals, thereby causing receiver errors that typical communication systems attempt to minimize.

50.     Additionally, the term "Variable Amplitude Amplifier" has no accepted meaning in the field and a person skilled in the art would not consider that term to be understood in the industry. Commonly used terms in the industry include Low Noise Amplifier, Variable-gain Amplifier, Voltage Amplifier, Common-emitter amplifier, etc. However, "variable amplitude amplifier" is not commonly known or used.

51.     In my opinion, the specification of the '193 patent discloses only one enabled structure for the term. The industry standard and knowledge do not provide a sufficiently clear or precise meaning of the term. Thus, one of ordinary skill in the art would not know what "variable amplitude amplifier" without the guidance of the one enabled embodiment in the specification.

52.     That enabled embodiment is the basis for the defendant's claim construction. Therefore it is my opinion that one of ordinary skill in the art having the benefit of the specification would agree with the defendant's construction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 22, 2017.

Zhi Ding

Executed: October 22, 2017

# APPENDIX A

Expert/Consultant Curriculum Vitae

# Professor Zhi Ding

Ph.D. and Fellow of IEEE

## Expertise

- Wireless Communication Systems
- Cellular Wireless
- Communication networks
- Signal Processing and Analysis

- Digital Transmissions
- DSL and Cable Internet Service
- Digital Signal Processing
- WiFi, LTE, DOCSIS, Bluetooth

## Professional Summary

- *Professor of major US universities for over 27 years.*
- *Consulted for major engineering companies such as Nortel, Analog Devices, Intel, and NEC*
- *Worked as expert on multiple patent infringement cases.*
- *Conducted research works on Communications and Signal Processing for over 30 years.*
- *Supervised over 25 PhD students.*
- *Author of more than 170 journal papers and 2 books on communication technologies.*

Dr. Zhi Ding has been a professor of electrical engineering at major US universities for 27 years. Since 1995, he has consulted for both engineering companies such as Nortel, Analog Devices, Intel, and worked as expert for major law firms such as Kirkland & Ellis, WilmerHale, Quin Emanuel, Fish & Richardson, on multiple technical and patent infringement cases. He has been conducting research works on wireless communications and signal processing since 1984. He has supervised over 25 PhD students. He is an author of 170 journal papers and 2 technical books on communication technologies. He has taught classes that cover the fundamentals of signal detection, communications, and systems.

Dr. Ding was appointed as the Child Family Professor of Engineering and Entrepreneurship in 2009-2014.  He served as the steering committee chair of the IEEE Transactions on Wireless Communications. He was elevated to Fellow of IEEE in 2002 by the IEEE Signal Processing Society. He also served as the Technical Program Chair of the IEEE Globecom 2006 (the flagship conference of the IEEE Communications Society), Dr. Ding is an eminent scholar and expert of wireless technologies AND signal processing.

## Expert/Consultant Curriculum Vitae

### Consulting History (PartialI Dea List):

| Past Client | Past Services |
|---|---|
| Kirkland & Ellis LLP | Expert consultant on various wireless (cellular and WiFi) and communications technologies since 2007.  Major engagements include |
| | 2007-10: E. D. Texas, C.A. No. 2:07-CV-474 |
| | 2008-10: E. D. Texas, C.A. No. 2:08-CV-247 |
| | 2008: Apple License Consulting (M. Pieja) |
| | 2009: Apple Patent Analysis (B. Kwok) |
| | 2009: Cisco v. MOSAID matter (E. Lamison) |
| | 2009-10: D. Del. C.A. No. 07-CV-752 |
| | 2008-10: D. Del. C.A. No. 07-md1848 |
| | 2009-10: E.D. Texas, C.A. No. 5:09-cv-00101 |
| | 2010-13: Netgear, Inc. & Ruckus Wireless Inc. Patent Matter,  Netgear, Inc. & Ericsson Inc. Patent Matter. (E. Lamison) |
| | 2011-13: E. D. Texas, C.A. No. 6:10-cv-00473-LED |
| | 2011-13: N. D. Illinois, No. 1:11-cv-09308 |
| | 2011-13: D. Del. Case No. 1:11-cv-00425 |
| | 2013: Alcatel-Lucent Patent matters (B. Nguyen) |
| Wilmer Cutler Pickering Hale, and Dorr, LLP | Expert consultant on cellular wireless and communications technologies since 2010. Major engagements include |
| | 2009-11: D. Del. C.A. No. 09-791-GMS |
| | 2009-11: D. Del. C.A. No. 09-1002 and ITC Docket 2702 |
| | 2011-13: Apple Inc. v. Samsung Electronics Co. (US, Japan, Korea, Germany, the Netherlands, UK, Italy, and others) including N. D. Cal, Case No. 11-cv-01846, ITC Docket Nos. 2824, 2827. |
| Fish and Richardson, LLP | Expert consultant on cellular wireless and communications technologies for Marvell, Inc. Major engagements include |
| | 2014-15:  *Inter Partes* Review of U.S. Patent 5,712,870 |
| | 2014:     *Inter Partes* Review of U.S. Patent 6,977,944 |
| Kaye Scholer LLP | US District Court of Delaware |
| | 2009-10: D. Del. C.A. No. 07-CV-752 |
| | 2008-10: D. Del. C.A. No. 07-md1848 |
| | Representing defendant as expert technical consultant against infringement accusations involving data over cable services.  Case dropped by the plaintiff after expert reports 2008-2009. Attorney's fees recovered. |
| | 2012: C.D. Cal., CV 11-09373 RGK (RZx) |
| | 2012: D. Del., C.A. No. <u>10-1062-GMS</u> |
| Bridges and | IP Evaluation matters regarding client multi-billion dollar |

**Professor Zhi Ding, Ph.D.**                    Page 2
Printed: 07/18/17

# Expert/Consultant Curriculum Vitae

| | |
|---|---|
| Mavrakakis, LLP | Patent portfolio purchase and other matters since 2011. |
| Sterne, Kessler, Goldstein & Fox PLLC | Technical consultant and expert declarant in Inter Partes Review Proceedings US Patents 7,477,624, 7,903,608, 8,542,643. |
| Bramson, Plutzik, Mahler &Birkhaeuser | 2013: Expert Witness for Plaintiff and the putative class. |
| Gibson, Dunn & Crutcher, LLP | 2014: Expert Consultant, for AT&T Mobility LLC and Cricket Communications, Inc., D. Del. Civil Action Nos. 13-1668 (LPS) 13-1669 (LPS) |
| Quinn Emanuel | 2014: Expert technical consultant in Civil Action No. 1:13-cv-473 (D. Del.) (SLR) |
| Norton Rose Fulbright US LLP | 2015-17: Technical consultant and expert witness in 1:14-cv-00436 (D. C. West Texas) and IPR2015-10577, IPR2015-10580, IPR-201510581. |
| Sheppard, Mullin, Richter, and Hampton, LLP | 2015-17: Technical consultant and testifying witness in Case No. 8:14-cv-341 (C. D. CA). |
| Rothwell, Figg, Ernest, and Manbeck, P.C. | 2016: Technical consultant and expert witness in 15-cv-01746-H-RBB (S. D. CA). |
| Mayer Brown LLP | 2016-17: Technical consultant and testifying witness in Arbitration on SEP and licensing disputes. |
| Sidley Austin, LLP | 2016-17: Technical consultant and testifying witness on SEP and licensing disputes. |
| Irell & Manella, LLP | 2016-17: Technical consultant and testifying witness regarding US Patent disputes. |

## Expert Witness/Deposition

| Past Client | Past Services |
|---|---|
| Bramson, Plutzik, Mahler & Birkhaeuser LLP | 2013: Deposition on Case No. CV 12-05240  PJH Nad Karim v. Hewlett Packard, Co. UNITED STATES NORTHERN DISTRICT COURT OF CALIFORNIA. Settlement ordered Jan. 18, 2017. |

## Expert/Consultant Curriculum Vitae

| | |
|---|---|
| Fish and Richardson (Representing Marvell) | 2015 (Feb. & August): 2 Depositions for Marvell. US PTAB *Inter Partes* Review IPR2014-00548 Marvell Semiconductor, Inc.  v. Intellectual Ventures I LLC |
| Norton, Rose, Fulbright, US, LLP | 2016 (April): Deposition for US PTAB *Inter Partes* Review IPR2015-10577, IPR2015-10580, IPR2015-10581, IPR2015-10581. Qualcomm Inc. v Bandspeed Inc. |
| Sheppard, Mullin, Richter, and Hampton, LLP | 2016 (May):  Deposition for TCL in *TCL Communication Technology Holdings, LTD., et al. v. Ericsson, et al.,* Case No. 8:14-cv-341 (C. D. CA). 2017 (Feb): Testified during court proceeding for TCL. |
| Sidley Austin, LLP | 2016 (December):  Testified for Huawei in Huawei Technologies, Co. Ltd v. Samsung Regarding FRAND licensing disputes in Shenzhen Court, P.R. China. |
| Mayer Brown LLP | 2017 (January):  Testified during tribunal proceeding for LG Electronics, Inc. in standard essential patent (SEP) licensing dispute of Nokia Technologies, Ltd. *v.* LG Electronics, Inc. During arbitration hearing in Paris, France. |

## Employment History

| From: | 2000 | **University of California at Davis** |
|---|---|---|
| To: | Present | Davis, CA |
| | Position: | *Professor, Department of Electrical and Computer Engineering* |

| From: | 01/1999 | **University of Iowa** |
|---|---|---|
| To: | 09/2000 | Iowa City, IA |
| | Position: | *Assoc. Professor, Department of Electrical and Computer Engineering* |

| From: | 01/1997 | **Hong Kong University of Science and Technology** |
|---|---|---|
| To: | 12/1997 | Hong Kong |
| | Position: | *Visiting Associate Professor, Department of Electrical and Electronic Engineering* |

| From: | 09/1995 | **Auburn University** |
|---|---|---|
| To: | 12/1998 | Auburn, AL |

## Expert/Consultant Curriculum Vitae

Position: *09/1995-12/1998:  Associate Professor, Department of Electrical and Computer Engineering*
*09/1990-08/1995:  Assistant Professor, Department of Electrical and Computer Engineering*

From: 08/1993 **Australian National University**
To: 09/1993 Canberra, Australia
Position: *Visiting Research Fellow, Faculty of Information Technology and Engineering*

From: 06/1993 **US Air Force Wright Laboratory**
To: 08/1993 Eglin AFB, Florida
Position: *Faculty Research Associate, Armament Directorate*

From: 06/1992 **NASA Lewis Research Center**
To: 08/1992 Cleveland, OH
Position: *Visiting Faculty Research Fellow*

From: 08/1987 **Cornell University**
To: 08/1990 Ithaca, NY
Position: *Research Assistant*

From: 09/1984 **University of Toroto**
To: 08/1987 Toronto, Ontario, Canada
Position: *Research Assistant*

## Patents (Granted and/or Licensed)

| Patent Number | Date Issued | Title |
| --- | --- | --- |
| US 6,396,885 | Mar.28, 2002 | Co-channel interference reduction in wireless communications systems (Nortel) |
| US 6,463,099 | Oct.8, 2002 | Blind channel equalizers and methods of blind channel equalization (Licensed) |
| US 7,379,513 | Mar. 20, 2008 | Channel estimation in CDMA communications systems using both lower power pilot channel and higher power date channel |

## Education

1990     Cornell University, Ithaca, NY                     Ph.D., Electrical Engineering

**Professor Zhi Ding, Ph.D.**                     Page 5
Printed: 07/18/17

# Expert/Consultant Curriculum Vitae

| 1987 | University of Toronto, Toronto, Canada | MS, Electrical Engineering |
| 1982 | Nanjing Institute of Technology, Nanjing, China | BS, Wireless Engineering |

## Publications

### Books & Book Chapters

[1]   B. P. Lathi and Z. Ding, *Modern Digital and Analog Communication Systems,* 4th edition, Oxford University Press, 2009 (in Press).

[2]   Zhi Ding and Ye Li, *Blind Equalization and Identification*, Marcel Dekker, New York, 2001.

[3]   Z. Ding, "Chapter 7: Linear Predictive Algorithms for Blind Multichannel Identification," in *Signal Processing Advances in Wireless and Mobile Communications*, Vol. I: Trends in Channel Estimation and Equalization, G. B. Giannakis, Y. Hua, P. Stoica, and L. Tong (Editors), Prentice Hall, 2000.

[4]   Z. Ding, "Blind Channel Identification and Equalization using Spectral Correlation Measurements: Frequency Domain Analysis," in *Cyclostationarity in Communications and Signal Processing*, William A. Gardner, Ed., pp.417-436, IEEE Press, 1993.

[5]   Z. Ding, C. R. Johnson, Jr., and R. A. Kennedy, "Chapter 3: Global Convergence Issues with Linear Blind Adaptive Equalizers," in *Blind Deconvolution*, Simon Haykin, Ed., pp.60-120, Prentice-Hall, 1994.

[6]   Z. Ding, "Adaptive Filters for Blind Equalization," in *IEEE DSP Handbook*, Douglas B. Williams, Ed., pp.24.1-24.17, IEEE Press, 1998.

### Journal Papers

[1]   W. Wu and Z. Ding, ``On Efficient Packet-Switched Wireless Networking: A Markovian Approach to Trans-layer Design and Optimization of ROHC," in IEEE Transactions on Wireless Communications , vol.PP, no.99, pp.1-1 doi: 10.1109/TWC.2017.2694840

[2]   W. Wu, H. Mittelmann, and Z. Ding, ``Modulation Design for MIMO-CoMP HARQ," IEEE Communications Letters, vol.21, no.2, pp.290-293, Feb. 2017. doi: 10.1109/LCOMM.2016.2618796

[3]   X. Liang; M. Yuan; J. Wang; Z. Ding; M. Jiang; C. Zhao, ``Constellation Design Enhancement for Color-Shift Keying Modulation of Quadrichromatic LEDs in Visible Light Communications," *Journal of Lightwave Technology,* vol.PP, no.99, pp.1-1, 2017. doi: 10.1109/JLT.2017.2720579

[4]   Dongrun Qin and Zhi Ding, ``Transport capacity analysis of wireless in-band full duplex ad hoc networks." *IEEE Transactions on Communications,* vol. 65, no. 3, pp.1303-18, March 2017. doi: 10.1109/TCOMM.2016.2640278

[5]   Lianyou Jing, C. He, Jian-guo Huang, and Z. Ding, ``Joint Channel Estimation and Detection Using MCMC Method over Sparse Underwater Acoustic Channels". *IET Communications,* May 2017. doi: 10.1049/iet-com.2016.1339

[6]   L. Jing, H. Wang, C. He and Z. Ding, ``Spatial CCK Modulation and Iterative Detection over

**Professor Zhi Ding, Ph.D.**                    Page 6

## Expert/Consultant Curriculum Vitae

Frequency-Selective Fading Channels," *IEEE Wireless Communications Letters,* vol.PP, no.99, pp.1-1 doi: 10.1109/LWC.2017.2709315

[7]     Hesham Elmaghraby and Zhi Ding, ``Scheduling and Power Allocation for Hybrid Access Cognitive Femtocells," *IEEE Transactions on Wireless Communications* vol.16, No.4, pp. 2520-2533, April 2017.

[8]     Chen Sun, Xiqi Gao, and Zhi Ding. ``BDMA in Multi-Cell Massive MIMO Communications: Power Allocation Algorithms.", *IEEE Transactions on Signal Processing,* vol. 65, No. 11, pp. 2962-74, June 2017.

[9]     Xintong Ling, J. Wang, X. Liang, Z. Ding, C. Zhao, Offset and power optimization for DCO-OFDM in visible light communication systems," *IEEE Transactions on Signal Processing,* 64(2), 349-363, 2016.

[10]    Liang, Xiao, Zhi Ding, and Chengshan Xiao, ``On Linear Precoding of Non-Regenerative MIMO Relay Networks For Finite-Alphabet Source." *IEEE Transactions on Vehicular Technology*, 2017.

[11]    Qimei Chen, Guanding Yu, Hesham M. Elmaghraby, Jyri Hamalainen, Zhi Ding, ``Embedding LTE-U within Wi-Fi Bands for Spectrum Efficiency Improvement", *IEEE Network*, Vol.31, No. 2, pp. 72-79, March 2017.

[12]    K. Wang; Z. Ding, ``FEC Code Anchored Robust Design of Massive MIMO Receivers," in *IEEE Transactions on Wireless Communications,* vol.15, no.12, pp.8223-8235, 2016, doi: 10.1109/TWC.2016.2613516

[13]    Q. Chen, G. Yu and Z. Ding, ``Optimizing Unlicensed Spectrum Sharing for LTE-U and WiFi Network Coexistence," in *IEEE Journal on Selected Areas in Communications,* vol. 34, no. 10, pp. 2562-2574, Oct. 2016. doi: 10.1109/JSAC.2016.2604998

[14]    Z. Zheng; J. Hamalainen; Z. Ding, ``On the sum rate of fair resource allocation with selective feedback," in *IEEE Transactions on Wireless Communications*, vol.15, no.8, pp.5193 - 5205, doi: 10.1109/TWC.2016.2554579

[15]    D. Qin and Z. Ding, ``Exploiting Multi-Antenna Non-Reciprocal Channels for Shared Secret Key Generation," in *IEEE Transactions on Information Forensics and Security,* vol. 11, no. 12, pp. 2693-2705, Dec. 2016. doi: 10.1109/TIFS.2016.2594143

[16]    Han, Huy-Dung, Zhi Ding, and Muhammad Zia. ``A Convex Relaxation Approach to Higher-Order Statistical Approaches to Signal Recovery." *IEEE Transactions on Vehicular Technology*, vol.PP, no.99, pp.1-1 doi: 10.1109/TVT.2016.2542108

[17]    H. Wang; C. Zhu; Z. Ding, ``Femtocell Power Control for Interference Management Based on Macro-Layer Feedback," IEEE Transactions on Vehicular Technology, vol.64, no.6, pp.5222-5236 July 2016. doi: 10.1109/TVT.2015.2463718

[18]    W. Wu, H. Mittelmann, and Z. Ding, ``Modulation Design for Two-Way Amplify-and-Forward Relay HARQ," IEEE Wireless Communications Letters, vol.5, no.3, pp.244-247, June 2016. doi: 10.1109/LWC.2016.2530659

[19]    K. Wang; Z. Ding, ``Diversity Integration in Hybrid-ARQ with Chase Combining under Partial CSI," in IEEE Transactions on Communications, vol.64, no.6, pp.2647-2659, June 2016. doi: 10.1109/TCOMM.2016.2553664

## Expert/Consultant Curriculum Vitae

[20]     H. Tang and Z. Ding, ``Mixed Mode Transmission and Resource Allocation for D2D Communication,'' IEEE Transactions on Wireless Communications, vol. 15, no. 1, pp. 162-175, Jan. 2016. doi: 10.1109/TWC.2015.2468725

[21]     X. Ling, J. Wang, X. Liang, Z. Ding and C. Zhao, ``Offset and Power Optimization for DCO-OFDM in Visible Light Communication Systems,'' IEEE Transactions on Signal Processing, vol. 64, no. 2, pp. 349-363, Jan.15, 2016. doi: 10.1109/TSP.2015.2477799

[22]     H. Wang, J. Wang and Z. Ding, ``Distributed Power Control in a Two-Tier Heterogeneous Network,'' IEEE Transactions on Wireless Communications, vol. 14, no. 12, pp. 6509-6523, Dec. 2015. doi: 10.1109/TWC.2015.2456055

[23]     Bi, Suzhi, Rui Zhang, Zhi Ding, and Shuguang Cui. ``Wireless communications in the era of big data." IEEE Communications Magazine, vol. 53, no. 10, pp. 190-199, October 2015. doi: 10.1109/MCOM.2015.7295483

[24]     Michal Cierny, Zhi Ding, and Risto Wichman. ``Higher Rank Interference Effect on Weak Beamforming or OSTBC Terminals." IEEE Transactions on Wireless Communications, vol. 14, no. 9, pp. 4948-4957, Sept. 2015. doi: 10.1109/TWC.2015.2429648

[25]     Haile, B.B.; Dowhuszko, A.A.; Hamalainen, J.; Wichman, R.; Ding, Z., ``On Performance Loss of Some CoMP Techniques Under Channel Power Imbalance and Limited Feedback,'' IEEE Transactions on Wireless Communications, vol.14, no.8, pp.4469-4481, Aug. 2015. doi: 10.1109/TWC.2015.2421898

[26]     Kun Wang, Hong Shen, Wenhao Wu, and Zhi Ding, Joint Detection and Decoding in LDPC-Based Space-Time Coded MIMO-OFDM Systems via Linear Programming'' IEEE Transactions on Signal Processing, 63. 3411-3424. 2015. doi: 10.1109/TSP.2015.2422681

[27]     Elsherif, A.R.; Wei-Peng Chen; Ito, A.; Zhi Ding, ``Resource Allocation and Inter-Cell Interference Management for Dual-Access Small Cells,'' IEEE Journal on Selected Areas in Communications, vol.33, no.6, pp.1082-1096, June 2015. doi: 10.1109/JSAC.2015.2416990

[28]     Elsherif, A.R.; Chen, Wei-Peng; Ito, A.; Z. Ding, ``Adaptive resource allocation for interference management in small cell networks,'' IEEE Transactions on Communications, vol.63, no.6, pp.2107-2125, June 2015. doi: 10.1109/TCOMM.2015.2420676

[29]     Sun, C.; Gao, X.; Jin, S.; Matthaiou, M.; Ding, Z.; Xiao, C., ``Beam Division Multiple Access Transmission for Massive MIMO Communications,'' IEEE Transactions on Communications,'' vol.63, no.6, pp.2170-2184, 2015. doi: 10.1109/TCOMM.2015.2425882

[30]     Sam Siu, Qing Ji, Wenhao Wu, Gangbing Song, and Zhi Ding, ``Stress wave communication in concrete: I. Characterization of a smart aggregate based concrete channel,'' Smart Materials and Structures, 23(12): 125030, Dec. 2014.

[31]     Sam Siu, Qing Ji, Wenhao Wu, Gangbing Song, and Zhi Ding. ``Stress wave communication in concrete: II. Evaluation of low voltage concrete stress wave communications utilizing spectrally efficient modulation schemes with PZT transducers,'' Smart Materials and Structures, 23(12): 125031, Dec. 2014.

[32]     Wang, Haining, and Zhi Ding, ``Power Control and Resource Allocation for Outage Balancing in Femtocell Networks,'' IEEE Transactions on Wireless Communications, 14, no. 4 (2015): 2043-2057. doi: 10.1109/TWC.2014.2379282

**Expert/Consultant Curriculum Vitae**

[33]   Wu, Wenhao, Kun Wang, Weiliang Zeng, Zhi Ding, and Chengshan Xiao, ``"Cooperative Multi-Cell MIMO Downlink Precoding With Finite-Alphabet Inputs," *IEEE Transactions on Communications,* vol. 63, no. 3 (2015): 766-779. doi: 10.1109/TCOMM.2015.2388584

[34]   Huan Tang, Zhi Ding, and B. C. Levy, ``Enabling D2D Communications Through Neighbor Discovery in LTE Cellular Networks," IEEE Transactions on Signal Processing, vol.62, no.19, pp.5157-5170, Oct.1, 2014. doi: 10.1109/TSP.2014.2348950

[35]   Haining Wang; Zhi Ding, ``Macrocell-Queue-Stabilization-Based Power Control of Femtocell Networks," *IEEE Transactions on Wireless Communications*, vol.13, no.9, pp.5223-5236, Sept. 2014

[36]   Zia, M.; Ding, Z., ``Bandwidth Efficient Variable Rate HARQ Under Orthogonal Space-Time Block Codes," IEEE Transactions on Signal Processing, vol.62, no.13, pp.3360-3370, July 2014 doi: 10.1109/TSP.2014.2327580

[37]   Binbin Guan; Djordjevic, S.S.; Fontaine, N.K.; Linjie Zhou; Ibrahim, S.; Scott, R.P.; Geisler, D.J.; Zhi Ding; Ben Yoo, S.J., "CMOS Compatible Reconfigurable Silicon Photonic Lattice Filters Using Cascaded Unit Cells for RF-Photonic Processing," IEEE Journal of Selected Topics in Quantum Electronics, vol.20, no.4, pp.1,10, July-Aug. 2014 doi: 10.1109/JSTQE.2013.2296233

[38]   Hong Shen; Zhi Ding; Dasgupta, S.; Chunming Zhao, "Multiple Source Localization in Wireless Sensor Networks Based on Time of Arrival Measurement,"IEEE Transactions on Signal Processing, vol.62, no.8, pp.1938-1949, April 15, 2014 doi: 10.1109/TSP.2014.2304433

[39]   Dongrun Qin; Zhi Ding; Dasgupta, S., "On Forward Channel Estimation for MIMO Precoding in Cooperative Relay Wireless Transmission Systems," IEEE Transactions on Signal Processing, vol.62, no.5, pp.1265-1278, March 2014 doi: 10.1109/TSP.2013.2296880

[40]   Elsherif, A.R.; Zhi Ding; Xin Liu, "Dynamic MIMO Precoding for Femtocell Interference Mitigation," IEEE Transactions on Communications, vol.62, no.2, pp.648-666, February 2014 doi: 10.1109/TCOMM.2013.122913.130062

[41]   Tseng, Po-Hsuan, Zhi Ding, and Kai-Ten Feng. "Cooperative Self-Navigation in a Mixed LOS and NLOS Environment", IEEE Transactions on Mobile Computing, 13, no. 2 (2014): 350-363. doi: 10.1109/TMC.2013.6

[42]   Ahmed R. Elsherif, Zhi Ding, Xin Liu, and Jyri Hamalainen, ``Resource Allocation in Two-Tier Heterogeneous Networks through Enhanced Shadow Chasing," IEEE Transactions on Wireless Communications, vol. 12, no.12, pp. 6439-6453, Dec. 2013. doi:10.1109/TWC.2013.101813.130732

[43]   Enyang Xu, Z.Ding, and S. Dasgupta, ``Target tracking and mobile sensor navigation in wireless sensor networks". IEEE Transactions on Mobile Computing, 12(1):177-186. 2013. doi: 10.1109/TMC.2011.262

[44]   Jacklin, Neil, and Zhi Ding. "A linear programming based tone injection algorithm for papr reduction of OFDM and linearly precoded systems", IEEE Transactions on Circuits and Systems I: Regular Papers, vol. 60, no. 7 (2013): 1937-1945. doi: 10.1109/TCSI.2012.2230505

[45]   M. Cierny, Haining Wang, R. Wichman, Zhi Ding, and C. Wijting, ``On Number of Almost Blank Subframes in Heterogeneous Cellular Networks," IEEE Transactions on Wireless Communications, vol.12, no.10, pp.5061-5073, October 2013.

[46]   Zhe Jiang; Haiyan Wang; Zhi Ding, ``A Bayesian Algorithm for Joint Symbol Timing Synchronization and Channel Estimation in Two-Way Relay Networks,"IEEE Transactions on

**Expert/Consultant Curriculum Vitae**

Communications, vol.61, no.10, pp.4271-4283, October 2013.
doi:10.1109/TCOMM.2013.082813.110691

[47]   Yongpeng Wu; Chengshan Xiao; Xiqi Gao; Matyjas, J.D.; Zhi Ding, "Linear Precoder Design for MIMO Interference Channels with Finite-Alphabet Signaling," IEEE Transactions on Communications, vol.61, no.9, pp.3766-3780, September 2013. doi: 10.1109/TCOMM.2013.072213.130132

[48]   Xiao Liang; Chun-Ming Zhao; Zhi Ding, ""Piggyback Retransmissions over Wireless MIMO Channels: Shared Hybrid-ARQ (SHARQ) for Bandwidth Efficiency," IEEE Transactions on Wireless Communications, vol.12, no.8, pp.3770,3782, August 2013. doi: 10.1109/TWC.2013.051313.121098

[49]   Kun-Yu Wang, Neil Jacklin, Zhi Ding, and Chong-Yung Chi, ``Robust MISO Transmit Optimization under Outage-Based QoS Constraints in Two-Tier Heterogeneous Networks," IEEE Transactions on Wireless Communications, 12 (4):1883-1897, April 2013. doi: 10.1109/TWC.2013.022013.121111

[50]   Enyang Xu, Zhi Ding, and S. Dasgupta, ``Target Tracking and Mobile Sensor Navigation in Wireless Sensor Networks", IEEE Transactions on Mobile Computing, 12(1):177 - 186, Jan. 2013.

[51]   F. E. Lapiccirella, X. Liu, and Z. Ding, ``Distributed Control of Multiple Cognitive Radio Overlay for Primary Queue Stability", IEEE Transactions on Wireless Communications, 12(1):112-122, January 2013. doi:10.1109/TWC.2012.121112.111783

[52]   Shafi, A. Bashar, Zhi Ding, and Chengshan Xiao, ``On Secrecy Rate Analysis of MIMO Wiretap Channels Driven by Finite-Alphabet Input," IEEE TRANSACTIONS ON COMMUNICATIONS, 60 (12):3816-3825, Dec. 2012.

[53]   Huy-Dung Han and Z. Ding, ``Steepest descent algorithm implementation for multichannel blind signal recovery", IET Communications, 6(18):3196-3203, December 2012.

[54]   Y. Wu, C. Xiao and Z. Ding, X. Gao, and S. Jin, ``LINEAR PRECODING FOR FINITE-ALPHABET SIGNALING OVER MIMOME WIRETAP CHANNELS," IEEE Transactions on Vehicular Technology, 61(6): 2599-2612, 2012

[55]   Y. Wu, M. Wang, C. Xiao, Z. Ding, X.-Q. Gao ``Linear Precoding for MIMO Broadcast Channels With Finite-Alphabet Constraints", IEEE Transactions on Wireless Communications, 11(8): 2906 - 2920, August 2012

[56]   Neil Jacklin, Zhi Ding, Wei Chen, Chunqi Chang, ``Noniterative Convex Optimization Methods for Network Component Analysis" IEEE/ACM Transactions on Computational Biology and Bioinformatics, 9(5):1472-1481, Sept.-Oct. 2012

[57]   F.~E. Lapiccirella, Z. Ding, and X. Liu, ``Cognitive Spectrum Access Control Based on Intrinsic Primary ARQ Information", IET Communications, 6(8):900-908, August 2012.

[58]   X. Liang, Z. Ding and C. Xiao, ``OPTIMIZED POWER ALLOCATION FOR PACKET RETRANSMISSIONS OF NON-GAUSSIAN INPUTS THROUGH SEQUENTIAL AWGN CHANNELS", IEEE Transactions on Communications, 60(7): 1889-1902, 2012.

[59]   T. Miyajima and Zhi Ding, ``Subcarrier Nulling Algorithms for Channel Shortening in Uplink OFDMA Systems," IEEE Transactions on Signal Processing, vol.60, no.5, pp.2374-2385, May 2012.

[60]   C. Xiao, Y. R. Zheng, and Z. Ding, ``Globally optimal linear precoders for finite alphabet signals over complex vector Gaussian channels," IEEE Trans. Signal Process., vol.59, pp.3301-3314, July 2011.

# Expert/Consultant Curriculum Vitae

[61]   Li Zhang, Shu Lin, K. Abdel-Ghaffar, Zhi Ding, and Bo Zhou, ``Quasi-Cyclic LDPC Codes on Cyclic Subgroups of Finite Fields'' , IEEE Transactions on Communications, 59(9):2330-2336, Sept. 2011

[62]   Z. Muhammad, and Z. Ding, ``Blind Multiuser Detection for Synchronous High Rate Space-Time Block Coded Transmission'', IEEE Transactions on Wireless Communications, Issue: 99, July 2011, Page(s): 2171 - 2185.

[63]   S. Bashar, Z. Ding, C. Xiao, ``On the Secrecy Rate of Multi-Antenna Wiretap Channel under Finite-Alphabet Input'', IEEE Communications Letters, Vol. 15, No. 5, 2011, Page(s): 527-529.

[64]   Xiao Liang, Chunming Zhao, and Zhi Ding, ``Sequential Linear MIMO Precoder Optimization for Hybrid ARQ Retransmission of QAM Signals'', IEEE Communications Letters, 15(9): 913 - 915, September 2011.

[65]   Enyang Xu; Zhi Ding; Dasgupta, S.; ``Source Localization in Wireless Sensor Networks From Signal Time-of-Arrival Measurements'', IEEE Transactions on Signal Processing, Volume: 59 , Issue: 6, June 2011, Page(s): 2887 - 2897

[66]   S. Bashar, Z. Ding, and (G.) Y. Li, `` On Secrecy of Codebook-Based Transmission Beamforming under Receiver Limited Feedback,'' IEEE Transactions on Wireless Communications, Volume: 10 , Issue: 4, April 2011 , Page(s): 1212 - 1223

[67]   Senhua Huang, Xin Liu, and Zhi Ding; ``Decentralized Cognitive Radio Control Based on Inference from Primary Link Control Information'', IEEE Journal on Selected Areas in Communications, Volume: 29 Issue:2, February 2011; page(s): 394 - 406.

[68]   Enyang Xu, Zhi Ding, Soura Dasgupta, ``Reduced Complexity Semidefinite Relaxation Algorithms for Source Localization based on Time Difference of Arrival,'' IEEE Transactions on Mobile Computing, vol. 99, no. 9, 2011.

[69]   Djordjevic, S.S.; Luo, L.W.; Ibrahim, S.; Fontaine, N.K.; Poitras, C.B.; Guan, B.; Zhou, L.; Okamoto, K.; Ding, Z.; Lipson, M.; Yoo, S.J.B.; ``Fully Reconfigurable Silicon Photonic Lattice Filters With Four Cascaded Unit Cells,'' IEEE Photonics Technology Letters, vol.23, no.1, pp.42-44, Jan.1, 2011

[70]   Z. Shi, W. Xu, S. Jin, C. Zhao, and Z. Ding, ``On Wireless Downlink Scheduling of MIMO Systems With Homogeneous Users'' IEEE Transactions on Information Theory, Volume 56, July 2010. page(s): 3367 - 3378.

[71]   S. Song, S. Lin, K. Abdel-Ghaffar, Z. Ding, W.H. Fong, M.P.C. Fossorier, ``Burst Decoding of Cyclic Codes Based on Circulant Parity-Check Matrices,'' IEEE Transactions on Information Theory, Volume 56, March 2010. page(s): 1038 - 1047.

[72]   M. Muhammad and Z. Ding, ``A Linear Programming Receiver for Blind Detection of Full Rate Space-Time Block Codes'' IEEE Transactions on Signal Processing, Volume: Issue: 99, Nov. 2010.

[73]   S. Huang, X. Liu, and Z. Ding, ``Optimal Transmission Strategies for Dynamic Spectrum Access in Cognitive Radio Networks,'' IEEE Transactions on Mobile Computing, Volume 8, No. 12, December 2009. Page(s):1636 - 1648

[74]   C. He, J. Huang, and Z. Ding, ``A Variable-Rate Spread-Spectrum System for Underwater Acoustic Communications'' IEEE Journal of Oceanic Engineering, 34(4): 624-633, Oct. 2009.

[75]   W. Xu, C. Zhao, and Z. Ding, ``Optimisation of limited feedback design for heterogeneous users in multi-antenna downlinks'' , Institution of Engineering and Technology Communications, Volume 3, Issue 11, Page(s):1724 - 1735, November 2009

# Expert/Consultant Curriculum Vitae

[76]  S. Bashar and Zhi Ding, ``Admission control and resource allocation in a heterogeneous OFDMA wireless network'' IEEE Transactions on Wireless Communications, Volume 8, Issue 8, Page(s):4200 - 4210, August 2009

[77]  Wei Xu, Chunming Zhao, and Zhi Ding, ``Limited Feedback Multiuser Scheduling of Spatially Correlated Broadcast Channels'' , IEEE Transactions on Vehicular Technology, Volume 58, Issue 8, Page(s):4406 - 4418, Oct. 2009.

[78]  C. Meng, J. Tuqan, and Z. Ding, `` A Quadratic Programming Approach to Blind Equalization and Signal Separation'' IEEE Transactions on Signal Processing, 57(6): 2232-2244, June 2009.

[79]  Wei Xu, Chunming Zhao, and Zhi Ding, ``Limited feedback design for MIMO broadcast channels with ARQ mechanism'' IEEE Transactions on Wireless Communications, Volume 8, Issue 4, Page(s):2132 - 2141, April 2009.

[80]  Xiaofei Dong and Z. Ding, ``Wireless Channel Estimation for Linear MIMO Transmission Precoding'' IEEE Transactions on Communications, Volume 57, Issue 4, April 2009 Page(s):1151 - 1161

[81]  Bo Zhou, Jingyu Kang, Ying Tai, Shu Lin, and Zhi Ding, ``High Performance Non-Binary Quasi-Cyclic LDPC Codes on Euclidean Geometries LDPC Codes on Euclidean Geometries,'' IEEE Transactions on Communications, Volume 57, Issue 5, May 2009, Page(s):1298 - 1311.

[82]  S. D. Chitte, S. Dasgupta, and Zhi Ding, ``Distance Estimation From Received Signal Strength Under Log-Normal Shadowing: Bias and Variance'', IEEE Signal Processing Letters, 16(3): 216 - 218, March 2009.

[83]  X. Dong, Z. Ding, and S. Dasgupta, ``Performance Analysis of a Forward Link Channel Estimation Method for Wireless Multicarrier Systems,'' IEEE Transactions on Wireless Communications,, 7(8): 3026-3035, August 2008.

[84]  Chunqi Chang, Zhi Ding, Yeung Sam Hung, and Peter Chin Wan Fung, ``Fast Network Component Analysis (FastNCA) for Gene Regulatory Network Reconstruction from Microarray Data'', Bioinformatics 2008 24(11):1349-1358.

[85]  H. Sun, Z. Shi, C. Zhao, J. H. Manton, and Z. Ding, ``Progressive Linear Precoder Optimization for MIMO Packet Retransmissions Exploiting Channel Covariance Information'', IEEE Transactions on Communications, Volume: 55, Issue: 5, page(s): 818-827, May 2008.

[86]  H. Kameyama, T. Miyajima, and Z. Ding, ``Perfect Blind Channel Shortening for Multicarrier Systems'', IEEE Transactions on Circuits and Systems, Volume: 55, Issue: 3, page(s): 851-860, April 2008.

[87]  C. Meng, Z. Ding, and S. Dasgupta, ``A Semidefinite Programming Approach to Source Localization in Wireless Sensor Networks'', IEEE Signal Processing Letters, Volume 15, 2008, Page(s):253 - 256

[88]  Zhihua Shi, Haitong Sun, Chunming Zhao, and Z. Ding, ``Linear precoder optimization for ARQ packet retransmissions in centralized multiuser MIMO uplinks'', IEEE Transactions on Wireless Communications, vol. 7, no. 2, February 2008, page(s): 736-745.

[89]  Peter M. Hahn, Bum-Jin Kim, Thomas Stutzle, Sebastian Kanthak, William L. Hightower, Harvind Samra, Zhi Ding, and Monique Guignard, The Quadratic Three-dimensional Assignment Problem: Exact and Approximate Solution Methods, European Journal of Operational Research Volume 184, Issue 2, Pages 416-428, 16 January 2008.

[90]  Y. Du, F.Xue, S. J. B. Yoo, and Z. Ding, "Security Enhancement of SPECTS O-CDMA Through Concealment Against Upstream DPSK Eavesdropping", Journal of Lightwave Technology,

## Expert/Consultant Curriculum Vitae

Volume 25, Issue 9, Sept. 2007 Page(s):2799 - 2806

[91]  H. Sun and Z. Ding, Iterative Transceiver Design for MIMO ARQ Retransmissions With Decision Feedback Detection" IEEE Transactions on Signal Processing, vol. 55, pp. 3405-3416, July 2007.

[92]  C. Yang, N. K. Fontaine, R. P. Scott, V. J. Hernandez, W. Cong, D. L. Harris, K. Okamoto, B. H. Kolner, Z. Ding, J. P. Heritage, and S. J. B. Yoo, ``Two-User 150-km Field Fiber Security Enhanced SPECTS O-CDMA Transmission'', IEEE Photonics Technology Letters, Volume 19, Issue 11, June 1, 2007, Page(s):852 - 854.

[93]  S. J. Yoo, J. P. Heritage, V. J. Hernandez, R. P. Scott, W. Cong, N. K. Fontaine, R. G. Broeke, J. Cao, S.-W. Seo, J.-H. Baek, F. M. Soares, Y. Du, C. Yang, W. Jiang, K. Aihara, Z. Ding, B. H. Kolner, Anh-Vu Pham, Shu Lin, F. Olsson, S. Lourdudoss, K. Y. Liou, S. N. Chu, R. A. Hamm, B. Patel, W. S. Hobson, J. R. Lothian, S. Vatanapradit, L. A. Gruezke, W. T. Tsang, M. Shearn, and A. Scherer, ``Spectral phase encoded time spread optical code division multiple access technology for next generation communication networks [Invited]'', Journal of Optical Networking,, Volume 6, Issue 10, Pages 1210-1227, September 2007.

[94]  Tongtong Li, Qi Ling, and Zhi Ding ``Transmit Delay Structure Design for Blind Channel Estimation over Multipath Channels,'' EURASIP Journal onWireless Communications and Networking, February 2007, Page(s)

[95]  V.J. Hernandez, Wei Cong; Junqiang Hu; Chunxin Yang; Fontaine, N.K.; Scott, R.P.; Zhi Ding; Kolner, B.H.; Heritage, J.P.; Yoo, S.J.B.; ``A 320-Gb/s Capacity (32-User X 10 Gb/s) SPECTS O-CDMA Network Testbed With Enhanced Spectral Efficiency Through Forward Error Correction'' IEEE Journal of Lightwave Technology, Volume 25, Issue 1, Jan. 2007 Page(s):79 - 86

[96]  J. Roberson, X. Dong, and Z. Ding, ``Channel Estimation and Equalization Techniques in Downsampled ARQ Systems'' , IEEE Transactions on Signal Processing, Volume 55, Issue 5, Page(s):2251 - 2262, May 2007.

[97]  N. Ammar and Z. Ding, ``Blind Channel Identifiability for Generic Linear Space-Time Block Codes'', , IEEE Transactions on Signal Processing, Volume 55, Issue 1, Jan. 2007, Page(s):202 - 217.

[98]  Y. Du, S. J. B. Yoo, and Z. Ding, ``Nonuniform Spectral Phase Encoding in Optical CDMA Networks'' IEEE Photonics Technology Letters, Volume 18, Issue 23, Dec.1, 2006, Page(s):2505 - 2507.

[99]  H. Sun, J. Manton, and Z. Ding, ``Progressive Linear Precoder Optimization for MIMO Packet Retransmissions Exploiting Channel Covariance Information'', IEEE Journal on Selected Areas in Communications, Vol. 24, no.3, pp. 448-456, March 2006.

[100]  H. Samra and Z. Ding, ``Retransmission Diversity Schemes for Multicarrier Modulations'', IEEE Transactions on Wireless Communications. Vol. 5, no. 5, pp. 1142-1147, May 2006.

[101]  N. Ammar and Z. Ding, ``Channel Identifiability under Space-Time Coded Modulations without Training'' , IEEE Transactions on Wireless Communications. Vol. 5, no. 5, pp. 1003-1013, May 2006.

[102]  T. A. Drumright and Z. Ding, ``QAM Constellation Classification based on Statistical Sampling for Distortive Channels'', IEEE Trans. on Signal Processing. Vol.54, No.5, pp. 1575-1586, May 2006.

[103]  H. Samra and Z. Ding, ``New MIMO ARQ Protocols and Joint Detection via Sphere Decoding,'' IEEE Transactions on Signal Processing, vol. 54, no.2, pp. 473-482, Feb. 2006.

[104]  B. Parr, B. L. Cho, K. Wallace, and Z. Ding, ``Performance Analysis of a spectrally compliant

# Expert/Consultant Curriculum Vitae

ultra-wideband pulse design,'' IEEE Transactions on Wireless Communications, vol.4, No.5, pp. 2172-2181, September 2005.

[105]   X. Tang and Z. Ding, ``Low-Complexity Iterative Equalization for EDGE with Bidirectional Processing,'' IEEE Transactions on Wireless Communications, vol. 4, No.5, pp.1963-1968, September, 2005.

[106]   H. Samra and Z. Ding, ``A Hybrid ARQ Protocol using Integrated Channel Equalization,'' IEEE Transactions on Communications, vol. 53, No. 12, pp. 1996-2001, Dec. 2005.

[107]   X. Dong, Z. Ding, and S. Dasgupta, ``Forward link channel estimation and precoding based on decimated feedback,'' IEEE Signal Processing Letters. Vol. 12, Issue 6, pp.445-448, Dec. 2005.

[108]   H. Samra, Z. Ding, and P.M. Hahn, ``Symbol Mapping Diversity Design for Multiple Packet Transmissions,'' IEEE Transactions on Communications, Vol. 53, No.5, pp. 810-817, May 2005.

[109]   S. Cui, M. Kisialiou, Z.-Q. Luo, and Z. Ding, ``Robust Blind Multiuser Detection Against Signature Waveform Mismatch base on second order cone programming,'' IEEE Transactions on Wireless Communications, Vol. 4, No. 4, pp. 1285-1291, July 2005.

[110]   T. Li, W. Liang, Z. Ding, and J. K. Tugnait, ``Blind Multiuser Detection for Long-code CDMA Systems with Transmission-induced Cyclostationarity,'' EURASIP Journal on Wireless Communications and Networking, vol.2, pp.206-215, 2005

[111]   T. Miyajima and Zhi Ding, ``Second-order statistical approaches to channel shortening in multicarrier systems'', IEEE Transactions on Signal Processing, pp.3253 - 3264, vol.52, Nov. 2004.

[112]   V. J. Hernandez, Y. Du, W. Cong, R. P. Scott, K. Li, J. P. Heritage, Z. Ding, B. H. Kolner, and S. J. B. Yoo, ``Spectral phase-encoded time-spreading (SPECTS) optical code-division multiple access for terbit optical access networks,'' IEEE Journal of Lightwave Technology, Vol.22, No. 11, pp. 2671-2678, 2004.

[113]   H. Xu, S. Dasgupta, and Z. Ding, ``A Novel Channel-identification Method for Wireless Communication Systems'', IEEE Transactions on Communications, vol.52, pp.1767-1776, Oct. 2004.

[114]   Wing-Kin Ma, Pak-Chung Ching, and Zhi Ding, ``Semidefinite relaxation based multiuser detection for M-ary PSK multiuser systems'', IEEE Transactions on Signal Processing, vol.52 pp.2862-2872, Oct. 2004.

[115]   J. Liang and Z. Ding, ``FIR Channel Estimation through Generalized Cumulant Slice Weighting,'' IEEE Trans. Signal Processing, pp.657-667, Mar. 2004.

[116]   J. Liang and Z. Ding, ``Nonminimum Phase FIR Channel Estimation Using Cumulant Matrix Pencils'', IEEE Trans. Signal Processing, pp.2310-2320, Sept. 2003.

[117]   J. Liang and Z. Ding, ``Blind MIMO System Identification Based on Cumulant Subspace Decomposition'', IEEE Trans. Signal Processing, vol.51, pp.1457-1468, June 2003.

[118]   Z. Ding and L. Qiu, ``Blind MIMO Channel Identification from Second Order Statistics using Rank Deficient Channel Convolution Matrix,'' IEEE Trans. on Signal Processing, pp.535-544, Feb. 2003.

[119]   Q. Li, E.-W. Bai, and Z. Ding, ``Blind Source Separation of Signals with Known Alphabets using E-Approximation Algorithms'', IEEE Trans. on Signal Processing, pp.1-10, Jan. 2003.

[120]   B. Parr, B. Cho, K. Wallace, and Z. Ding, ``A Novel Ultra-Wideband Pulse Design Algorithm'', IEEE Communications Letters, vol.7, pp. 219-222, Dec. 2002.

## Expert/Consultant Curriculum Vitae

[121]   J. Liang and Z. Ding, ``Multiuser Channel Estimation from Higher Order Statistical Matrix Pencil'', EURASIP Journal on Applied Signal Processing, , vol. 49, no. 2, pp. 1417-1426, Dec. 2002.

[122]   X. Tang and Zhi Ding, ``Error Propagation in Blind Sequence Estimation'', IEEE Communications Letters, vol.6, pp. 265-267, June 2002.

[123]   J. E. Mooney, Z. Ding, and L. S. Riggs, ``Performance Analysis of a GLRT Automated Target Discrimination Scheme,'' IEEE Transactions on Antenna and Propagation, 49(12):1827-1835, Dec. 2001.

[124]   R. Lopez-Valcarce, Zhi Ding, and Soura Dasgupta ``Equalization and Interference Cancellation in Linear Multi-User Systems Based on Second Order Statistics'' , IEEE Transactions on Signal Processing , vol. 49, no.9, pp. 2042-2049, 2001.

[125]   Erwei Bai and Zhi Ding, ``Blind Decision Feedback Equalization of Time-Varying Channels with DPSK Inputs'', IEEE Transactions on Signal Processing, vol.49, no.7, pp. 1533-1542, July, 2001.

[126]   Junqiang Shen and Zhi Ding, ``Zero-Forcing Blind Equalization Based on Channel Subspace Estimates for Multiuser Systems'', IEEE Transactions on Communications, pp.262-271, Feb. 2001.

[127]   Zhi Ding and Jing Liang, ``A Cumulant Matrix Subspace Algorithm for Blind Single FIR Channel Identification'', IEEE Transactions on Signal Processing, vol. 49, no. 2, pp. 325-333, Feb. 2001

[128]   Ge Li and Zhi Ding, ``Semi-blind Channel Identification for Individual Data Bursts in GSM Wireless Systems'', Signal Processing, 80(10):2017-2031, Oct. 2000.

[129]   Zhi Ding and Zhi-Quan Luo, ``A Fast Linear Programming Algorithm for Blind Equalization'', IEEE Transactions on Communications, COM-48(9):1432-1436, September 2000.

[130]   Chor Tin Ma, Zhi Ding, and Sze Fong Yau, ``A Two Stage Algorithm for MIMO Blind Deconvolution of Colored Input Signals'', IEEE Transactions on Signal Processing, SP-48(4):1187-1192, April 2000.

[131]   Chunqi Chang, Zhi Ding, Sze Fong Yau, and Francis H Y Chan, ``A Matrix-Pencil Approach to Blind Separation of Colored Nonstationary Signals'', IEEE Transactions on Signal Processing, SP-48(3):900-907, March 2000.

[132]   J.E. Mooney, Z. Ding, and L.S. Riggs, "Performance Analysis of an Automated E-pulse Target Discrimination Scheme," IEEE Trans. Antenna Propagation, vol. 48, pp. 619-628, Apr. 2000.

[133]   Zhi Ding and Tuan Nguyen, ``Convergence Study of A Kurtosis Maximization Algorithm for Blind Signal Separation and Antenna Beamforming'', IEEE Transactions on Signal Processing, 48(6):1587 -1596, June 2000.

[134]   Junqiang Shen and Zhi Ding, ``Direct Blind MMSE Channel Equalization Based on Second Order Statistics'', IEEE Transactions on Signal Processing, SP-48(4): 1015-1022, April 2000.

[135]   Erwei Bai and Zhi Ding, ``Zero-Forcing Equalizability of FIR and IIR Multi-Channel Systems with and without Perfect Measurements'', IEEE Transactions on Communications, vol.48, pp.~17-22, Jan. 2000.

[136]   Erwei Bai and Zhi Ding, ``Invertibility of Sampled Data Systems'', IEEE Transactions on Circuits and Systems, pp.~279-289, March 2000.

[137]   Erwei Bai and Zhi Ding, ``Zero of Sampled Data Systems Represented by FIR  Models'', Automatica,  vol.36, No.1, pp.121-123, ,  Jan. 2000.

[138]   K. K. Borah, R. A. Kennedy, Z. Ding, and I. Fijalkow, ``Sampling and Profiltering Effects on

# Expert/Consultant Curriculum Vitae

Blind Equalizer Design'', IEEE Transactions on Signal Processing, SP-49(1):209-218, Jan. 2000.

[139] J. K. Tugnait, L. Tong and Z. Ding, ``Single-User Channel Estimation and Equalization,'' IEEE Signal Processing Magazine, vol. 17, no. 3, pp. 17-28, 2000.

[140] J.K. Tugnait and Z. Ding, ``Channel Estimation, Equalization and Synchronization,'' pp. 14-16 in Highlights of Signal Processing for Communications, G.B. Giannakis (Ed.), IEEE Signal Processing Magazine, vol. 16, no. 3, pp. 14-50, 1999.

[141] J.E. Mooney, Z. Ding, and L.S. Riggs, `` Performance Analysis of a GLRT in Late-Time Radar Target Detection,'' Journal of Electromagnetic Waves and Applications vol. 13, pp. 1339-1341, 1999; also in Progress in Electromagnetic Research, vol. 24, pp. 77-96, 1999.

[142] Tongtong Li and Zhi Ding, ``Joint Transmitter-Receiver Optimization for Non-maximally Decimated Filterbank Precoding Systems'', IEEE Transactions on Signal Processing, vol. 47, pp.2407-2414, Sept. 1999.

[143] Jie Zhu, X.-R. Cao and Z. Ding, ``An Algebraic Principle for Blind Separation of White Non-gaussian Sources'', Signal Processing, vol.76, pp.105-115, 1999.

[144] Z. Mao and Zhi Ding, ``A Non-parametric Phase Estimation Method for SIMO Systems based on Second Order and Higher Order Statistics,'' IEEE Trans. on Signal Processing, pp. 843-847, March 1999.

[145] Jie Zhu, Zhi Ding and Xi-Ren Cao, ``Column-anchored Zeroforcing Blind Equalization for Multiuser Wireless FIR Channels'', IEEE Journal on Selected Areas in Communications, pp.411-423, March 1999.

[146] Jon E. Mooney, Z. Ding, and L.S. Riggs, ``Robust Target Identification in White Gaussian Noise for Ultra-Wideband Radar Systems,'' IEEE Trans. Antenna and Propagation, vol.46, pp.1817-1823, Dec. 1998.

[147] Junqiang Shen and Zhi Ding, ``Edge Decision Assisted Decorrelators for Asynchronous CDMA Channels'', IEEE Transactions on Communications, pp. 438-445, March 1998.

[148] Zhi Ding and Ge Li, ``Single Channel Blind Equalization for GSM Cellular Systems'', IEEE Journal on Selected Areas of Communications, vol.16, pp.1493-1505, October 1998.

[149] Raul A. Casas, C. Richard Johnson Jr., Rodney A. Kennedy, Zhi Ding, and Roberto Malamut, ``Blind Adaptive Decision Feedback Equalization: A Class of Channels Resulting in Ill-convergence from A Zero Initialization'', Int. Journal of Adaptive Control and Signal Processing, vol.12, pp.~173-193, March 1998.

[150] Tuan Nguyen and Zhi Ding, ``Blind CMA Beamforming For Narrowband Signals with Multipath Arrivals'', Int. Journal of Adaptive Control and Signal Processing, vol.12, pp.~157-172, March 1998.

[151] Darren B. Ward, Zhi Ding, and Rodney A. Kennedy, ``DOA Estimation for Broadband Signals Using Frequency Invariant Beamforming'', IEEE Transactions on Signal Processing, 46(3), pp.~1463-1469, May 1998.

[152] Zhi Ding, ``Matrix Outer-product Decomposition Method for Blind Multiple Channel Identification,'' IEEE Trans. on Signal Processing, 45(12), pp.~3053-3061, 1997.

[153] Z. Ding, ``On Convergence Analysis of Fractionally Spaced Adaptive Blind Equalizers,'' IEEE Transactions on Signal Processing, pp.~650-657, March 1997.

[154] Z. Ding, ``Multipath Channel Identification Based on Partial System Information'', IEEE Transactions on Signal Processing, pp.~235-240, Jan. 1997.

## Expert/Consultant Curriculum Vitae

[155]   Z. Ding, ``Characteristics of Band-limited Channels Un-identifiable from Second Order Cyclostationary Statistics'' IEEE Signal Processing Letters, 3(5):150-152, May 1996.

[156]   Y. Li, K. J. R. Liu, and Z. Ding, ``Length-and Cost-dependent Local Minima of Unconstrained Blind Channel Equalizers,'' IEEE Transactions on Signal Processing, 44(11):2726-2735, 1996.

[157]   Y. Li and Z. Ding, ``Global Convergence of Fractionally Spaced Godard Adaptive Equalizers,'' IEEE Transactions on Signal Processing, SP-44:818-826, April 1996.

[158]   Y. Li and Z. Ding, ``Convergence Analysis of Finite Length Blind Adaptive Equalizers,'' IEEE Transactions on Signal Processing, pp. 2120-2129, September 1995.

[159]   Y. Li and Z. Ding, ``A Simplified Approach to Optimum Diversity Combining and Equalization in Digital Data Transmission,'' IEEE Transactions on Communications, pp. 2285-2288, August 1995.

[160]   Y. Li and Z. Ding, ``ARMA System Identification Based on Second Order Cyclostationarity'', IEEE Transactions on Signal Processing, pp. 34983-3493, December 1994.

[161]   Y. Li and Z. Ding, ``A New Nonparametric Method for Linear System Phase Recovery from Bispectrum'', vol. 41, pp. 415-419, IEEE Transactions on Circuits and Systems II, May 1994.

[162]   Z. Ding and Y. Li, ``On Channel Identification Based on Second Order Cyclic Spectra'', IEEE Transactions on Signal Processing, vol.42, pp. 1260-1264, May 1994.

[163]   Z. Ding, ``Blind Equalization Based on Joint Minimum Mean Square Error Criterion,'' IEEE Transactions on Communications, vol.42, pp. 648-654, Feb/March/April 1994.

[164]   J. Y. Hung and Z. Ding, ``Design of Currents to Reduce Torque Ripple in Brushless DC Motors,'' IEE Proceedings-B, vol.140, pp. 260-266, July 1993.

[165]   Z. Ding and C. R. Johnson, Jr., ``On the non-vanishing stability of undesirable equilibria for FIR Godard blind equalizers,'' IEEE Transactions on Signal Processing, vol.41, pp. 1940-1944, May 1993.

[166]   Z. Ding, R. A. Kennedy, B. D. O. Anderson, and C. R. Johnson, Jr., ``Local Convergence of the Sato Blind Equalizer and Generalizations Under Practical Constraints'', IEEE Transactions on Information Theory, vol.39, pp. 129-144, Jan. 1993.

[167]   R. A. Kennedy and Z. Ding, ``Blind Adaptive Equalizers for QAM Communication Systems Based on Convex Cost Functions,'' Optical Engineering, vol.31, pp. 1189-1199, June 1992.

[168]   Z. Ding, C. R. Johnson, Jr., and R. A. Kennedy, ``On the (Non)Existence of Local Equilibria of Godard Blind Equalizers,'' IEEE Transactions on Signal Processing, vol.40, pp. 2425-2432, 1992.

[169]   Z. Ding and R. A. Kennedy, ``On the Whereabouts of Local Minima For Blind Adaptive Equalizers,'' IEEE Transactions on Circuit and Systems II, vol.39, pp. 119-223, Feb. 1992.

[170]   Z. Ding, R. A. Kennedy, B. D. O. Anderson, and C. R. Johnson, Jr., ``Ill-Convergence of Godard Blind Equalizers in Data Communications,'' IEEE Transactions on Communications, vol. COM-39, pp. 1313-1327, 1991.

[171]   Z. Ding, C. R. Johnson, Jr., and W. A. Sethares, ``Frequency-dependent Bursting in Adaptive Echo Cancellation and its Prevention using Double-talk Detectors,'' Int. Journal of Adaptive Control and Signal Processing, pp. 219-236, May 1990.

## Conference Publications

[1]   L. Jing, H. Wang, C. He, and Z. Ding, ``Joint Channel Estimation and Detection of High Rate CCK Signaling in Underwater Communications'', Proc. IEEE Wireless Communications and Networking Conference (WCNC), San Francisco, USA, Mar. 2017.

## Expert/Consultant Curriculum Vitae

[2]     Chen Jiang, Wenhao Wu, and Z. Ding, ``LTE Multimedia Broadcast Multicast Service Provisioning Based on Robust Header Compression.'' IEEE Wireless Communications and Networking Conference (WCNC), San Francisco, CA, USA, May 2017.

[3]     Chen Jiang, Wenhao Wu, and Z. Ding, ``IP packet header compression and user grouping for LTE Multimedia Broadcast Multicast Services, '' Proc. 2017 International Conference on Computing, Networking and Communications (ICNC), pp. 52-57, January 2017.

[4]     Yang, Kai, Yuanming Shi, and Zhi Ding, ``Low-rank matrix completion for mobile edge caching in fog-RAN via riemannian optimization.'' IEEE Global Communications Conference (GLOBECOM), pp. 1-6, Dec. 2016.

[5]     Huan Tang, Zhi Ding, and Bernard C. Levy, ``D2D Neighbor Discovery and Resource Scheduling through Demodulation Reference Signal.'' IEEE 84th Vehicular Technology Conference (VTC-Fall), September 2016.

[6]     H. Tang and Z. Ding, "Monotone optimization for power control of D2D underlay with partial CSI," 2016 IEEE International Conference on Communications (ICC), Kuala Lumpur, 2016, pp. 1-6. doi: 10.1109/ICC.2016.7511619

[7]     H. Wang and Z. Ding, "Joint power and rate optimization for co-channel small cells using Frank-Wolfe algorithm," 2016 IEEE International Conference on Communications (ICC), Kuala Lumpur, 2016, pp. 1-6. doi: 10.1109/ICC.2016.7511345

[8]     Kun Wang and Zhi Ding, ``Robust receiver design based on FEC code diversity in pilot-contaminated multi-user massive MIMO systems'', Proc. 2016 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), Shanghai, China, 2016. Pages: 3426 - 3430.

[9]     Zhi Quan; Muyang Ye; Zhi Ding; Shuguang Cui ``Optimal linear cooperation for signal classification'', Proc. 2016 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), Shanghai, China, 2016. Pages: 3631 - 3635.

[10]    H. M. Elmaghraby and Z. Ding, ``Cognitive Femtocell Scheduling and Power Allocation Based on Channel Quality Report,'' 2015 IEEE Global Communications Conference (GLOBECOM), San Diego, CA, 2015, pp. 1-6. doi: 10.1109/GLOCOM.2015.7417849

[11]    Xintong Ling; Jiaheng Wang; Xiao Liang; Zhi Ding; Chunming Zhao ``Joint Offset and Power Optimization for Visible Light DCO-OFDM Systems,'' IEEE Global Communications Conference (GLOBECOM) San Diego, CA, 2015.

[12]    Dongrun Qin; Zhi Ding ``On Transport Capacity of Full Duplex Ad Hoc Networks,'' IEEE Global Communications Conference (GLOBECOM) San Diego, CA, 2015.

[13]    Chen Sun; Xiqi Gao; Shi Jin; Matthaiou, M.; Zhi Ding; Chengshan Xiao, ``Beam division multiple access for massive MIMO downlink transmission'', 2015 IEEE International Conference on Communications (ICC), pp. 1970 - 1975, London, UK, 2015. DOI: 10.1109/ICC.2015.7248614

[14]    Huan Tang and Zhi Ding ``Resource allocation in mixed mode Device-to-Device communications'', 2015 IEEE International Conference on Communications (ICC), pp. 2554-2559, London, UK, 2015. DOI: 10.1109/ICC.2015.7248709

[15]    Wang, Kun, Wenhao Wu, and Zhi Ding. ``Diversity combining in wireless relay networks with partial channel state information.'' 2015 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), pp. 3138-3142, Brisbane, Australia, May 2015.

[16]    Elmaghraby, Hesham M., Dongrun Qin, and Zhi Ding, ``Downlink Scheduling and Power Allocation in Cognitive Femtocell Networks,'' In Cognitive Radio Oriented Wireless Networks [Proc. 10th Intl. Conf. Cognitive Radio Oriented Wireless Networks (CROWNCOM)], pp. 92-105. Springer International Publishing, Oct. 2015.

[17]    Haining Wang and Zhi Ding, ``Power control and rate allocation for outage balancing in femtocell networks,'' IEEE Global Communications Conference (GLOBECOM), Austin, TX, December 2014.

[18]    Alexis Dowhuszko, Jyri Hamalainen, and Zhi Ding, ``Opportunistic interference avoidance scheduling for underlay cognitive radio networks'', 9th International Conference on Cognitive Radio Oriented Wireless Networks (CROWNCOM), July 2014.

## Expert/Consultant Curriculum Vitae

[19]   Ahmed R. Elsherif, Zhi Ding, Xin Liu, ``A Resource Allocation Scheme for Heterogeneous Networks Using Dynamic Programming Approach ,'' in IEEE 79th Vehicular Technology Conference, VTC-Spring 2014, May 2014, pp. 1-6.

[20]   W. Wu, K. Wang, Z. Ding, and C. Xiao, ``Cooperative multi-cell MIMO downlink precoding for finite-alphabet inputs'', in Proc. IEEE Int. Conf. Acoust., Speech, Signal Process. (ICASSP), pp. 464-468, Florence, Italy, May 2014, doi:10.1109/ICASSP.2014.6853639

[21]   K. Wang, W. Wu, and Z. Ding, ``Joint detection and decoding of LDPC coded distributed space-time signaling in wireless relay networks via linear programming,'' in Proc. IEEE Int. Conf. Acoust., Speech, Signal Process. (ICASSP), pp. 1906-1910, Florence, Italy, May 2014, DOI: 10.1109/ICASSP.2014.6853930

[22]   Ahmedin, A.; Elsherif, A.R.; Xin Liu; Hamalainen, J.; Wichman, R., ``Macrocell resource adaptation for improved femtocell deployment and interference management,'' 2014 World Congress on Computer Applications and Information Systems (WCCAIS), pp.1-6, 17-19 Jan. 2014, Tunisia.

[23]   Huan Tang, Zhi Ding, S. J. B. Yoo, and Jyri Hamalainen. "Outage constrained joint precoding for D2D underlay cellular networks." In Global Communications Conference (GLOBECOM), 2013 IEEE, pp. 3540-3545. IEEE, 2013.

[24]   Elsherif, Ahmed R.; Chen, Wei-Peng; Ito, Akira; Ding, Zhi, ``Design of dual-access-technology femtocells in enterprise environments,'' IEEE 24th International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC), pp.2774-2779, 8-11 Sept. 2013. doi: 10.1109/PIMRC.2013.6666619

[25]   Kun-Yu Wang, Haining Wang, Zhi Ding and Chong-Yung Chi, ``A Low-Complexity Algorithm for Worst-Case Utility Maximization in Multiuser MISO Downlink,'' in 2013 IEEE 78th Vehicular Technology Conference (VTC Fall), pp.1-5, 2-5 Sept. 2013.

[26]   A. R. Elsherif, Wei-Peng Chen, A. Ito, Zhi Ding, "Adaptive small cell access of licensed and unlicensed bands," IEEE International Conference on Communications (ICC), pp.6327,6332, 9-13 June 2013. doi: 10.1109/ICC.2013.6655621

[27]   H. Wang, Z. Ding, M. Cierny, and R. Wichman, IEEE International Conference on Communications (ICC), pp.5183-5187, Budapest 9-13 June 2013. doi: 10.1109/ICC.2013.6655407

[28]   Qing Ji, Michael Ho, Rong Zheng, Zhi Ding and Gangbing Song, ``An exploratory study of stress wave communication in concrete structures'' SMART STRUCTURES AND SYSTEMS (Proc. 6th Int. Conf. on Structural Health Monitoring of Intelligent Infrastructure, vol. 15, no. 1, pp. 135-150, 2015, Hong Kong.

[29]   Huan Tang; Chenxi Zhu; Zhi Ding, "Cooperative MIMO precoding for D2D underlay in cellular networks," IEEE International Conference on Communications (ICC), pp.5517-5521, 9-13 June 2013.

[30]   Dowhuszko, A.A.; Hamalainen, J.; Elsherif, A.R.; Zhi Ding ``Performance of transmit beamforming for interference mitigation with random codebooks,'' 8th International Conference on Cognitive Radio Oriented Wireless Networks (CROWNCOM), pp. 190-195, 2013.

[31]   A. Elsherif, Z. Ding, X. Liu, J. Hamalainen, and R. Wichman, ``Inference Driven Dynamic Access Scheme for Interference Management in Heterogeneous Networks'', 8th International Conference on Cognitive Radio Oriented Wireless Networks (CROWNCOM), pp. 178-183, 2013.

[32]   A. R. Elsherif,  Zhi Ding, Xin Liu, J. Hamalainen, ``Shadow chasing enhancement in resource allocation for heterogeneous networks'', IEEE Global Communications Conference (GLOBECOM), Page(s): 5531 - 5536, Anaheim, CA, 2012.

[33]   Yong Li ; Lin Wang ; Zhi Ding ``Linear programming based joint detection of LDPC coded MIMO systems,'' IEEE Global Communications Conference (GLOBECOM), Page(s): 4043-48, Anaheim, CA, 2012.

[34]   A.R. Elsherif, A. Ahmedin, Zhi Ding, and Xin Liu `` Adaptive precoding for femtocell interference mitigation'', Proc.IEEE International Conference on Communications (ICC), Page(s):

**Expert/Consultant Curriculum Vitae**

4315 - 4320, 10-15 June 2012.

[35]   Xiao Liang, Zhi Ding, and Chengshan Xiao, ``On linear precoding of non-regenerative MIMO relays for QAM inputs''Proc. IEEE International Conference on Communications (ICC), Page(s): 2439 - 2444, 10-15 June 2012

[36]   Yongpeng Wu, Chengshan Xiao, Zhi Ding, Xiqi Gao, and Shi Jin ``Linear MIMO precoding in multi-antenna wiretap channels for finite-alphabet data'', Proc. IEEE International Conference on Communications (ICC), Page(s): 2156 - 2160, 10-15 June 2012

[37]   Yongpeng Wu, Mingxi Wang, Chengshan Xiao, Zhi Ding, and Xiqi Gao ``Linear precoding of finite alphabet signals in multi-antenna broadcast channels'', Proc. IEEE International Conference on Communications (ICC), Page(s): 4257 - 4261, 10-15 June 2012.

[38]   Huy-Dung Han, Chenxi Zhu, Yueqiao Xu, Yi Wang, and Zhi Ding Joint transmission using global codeword and codebook design for coordinated multipoint processing (CoMP) , Proc. 2012 IEEE Globecom Workshops (GC Wkshps), Page(s): 1118 - 1122, Anaheim, CA, USA, Dec. 2012.

[39]   Enyang Xu, Zhi Ding, Soura Dasgupta, ``Urban source localization based on time of arrival measurement and street information'' Proc. IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP) Page(s): 2621 - 2624, Kyoto, Japan, 25-30 March 2012.

[40]   Hema Kumari Achanta, Soura Dasgupta, Zhi Ding, ``Optimum sensor placement for localization in three dimensional under log normal shadowing'', 5th International Congress on Image and Signal Processing (CISP) , pp.~1898-1901, 16-18 Oct. 2012

[41]   Zhe Jiang, Hai-yan Wang, Wang, Zhi Ding, ``Joint Symbol Timing and Channel Estimation in Two-Way Multiple Antenna Relay Networks'', Proc. IEEE Vehicular Technology Conference (VTC Fall), 3-6 Sept. 2012

[42]   Yang Zhang, Jiandong Li, Lihua Pang, and Zhi Ding ``Maximizing lifetime in multi-source multi-relay non-regenerative OFDM networks'', Prof. IEEE 23rd International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC), Page(s): 2259 - 2262, 9-12 Sept. 2012.

[43]   Jacklin, N.; Zhi Ding `` A Convex Optimization Approach to Reducing Peak-to-Average-Power Ratio in OFDM'', 2011 IEEE International Symposium on Circuits and Systems (ISCAS), 2011, Page(s): 973 - 976.

[44]   Chengshan Xiao; Zheng, Y.R.; Zhi Ding, ``Design optimization of linear precoders for complex vector gaussian channelswith finite alphabet inputs'', 2011 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), 2011, Page(s): 3272 - 3275.

[45]   Binbin Guan; Fontaine, N.K.; Scott, R.P.; Geisler, D.J.; Djordjevic, S.S.; Ibrahim, S.; Cheung, S.; Tiehui Su; Pomerene, A.T.; Seaford, L.L.; Danziger, S.; Zhi Ding; Yoo, S.J.B., ``Dynamic sub-20 ns reconfiguration of a silicon CMOS photonic filter and filter shape measurement'', 2011 Conference on Lasers and Electro-Optics (CLEO), 2011, Page(s): 1 - 2

[46]   Lapiccirella, F.E.; Keqin Liu; Zhi Ding, ``Multi-Channel Opportunistic Access Based on Primary ARQ Messages Overhearing'' Communications (ICC), 2011 IEEE International Conference on Publication Year: 2011 , Page(s): 1 - 5

[47]   Yang Zhang; Jiandong Li; Lihua Pang; Zhi Ding, ``On Precoder Design for Amplify-and-Forward MIMO Relay Systems'', 2011 IEEE Vehicular Technology Conference (VTC Fall), 2011, Page(s): 1 - 6

[48]   Meng Shen; Chunming Zhao; Xiao Liang; Zhi Ding, ``Best-Effort Interference Alignment in OFDM Systems with Finite SNR'', 2011 IEEE International Conference on Communications (ICC), 2011, Page(s): 1 - 6.

[49]   Yang Zhang, Jiandong Li, Lihua Pang, Zhi Ding, ``Iterative InterCarrier Interference mitigation for mobile MIMO-OFDM systems'', 2011 IEEE 22nd International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC), 2011, Page(s): 959 - 963.

[50]   Huy-Dung Han; Zhi Ding; Junqiang Hu; Dayou Qian, ``On Steepest Descent Adaptation: A Novel Batch Implementation of Blind Equalization Algorithms,'' 2010 IEEE Global Telecommunications Conference , Miami, FL, 2010, Page(s): 1 - 6.

[51]   Senhua Huang, Xin Liu, and Zhi Ding, ``Distributed Power Control for Cognitive User Access

# Expert/Consultant Curriculum Vitae

based on Primary Link Control Feedback'', Proc. Conference on Computer Communications (INFOCOM 2010), 14-19 March 2010, Page(s): 1-9, San Diego, USA.

[52]   Enyang Xu, Zhi Ding, and Soura Dasgupta, ``Robust and Low Complexity Source Localization in Wireless Sensor Networks Using Time Difference of Arrival Measurement'',, Proceedings of the IEEE Wireless Communications and Networking Conference (WCNC), April 2010, Sydney, Australia, Page(s): 18-21.

[53]   Dasgupta, S.; Ibeawuchi, S.C.; Zhi Ding; ``Optimum sensor placement for localization under log-normal shadowing'', 2010 International Symposium on Communications and Information Technologies (ISCIT), 2010; Page(s): 204 - 208.

[54]   Huy-Dung Han and Zhi Ding, ``A blind channel shortening criterion based on high-order cumulants'' IEEE International Conf. on Acoustics, Speech and Signal Processing, 14-19 March 2010, Page(s):3210 - 3213.

[55]   Enyang Xu, Zhi Ding, Soura Dasgupta, ``Wireless source localization based on time of arrival measurement'' IEEE International Conf. on Acoustics, Speech and Signal Processing, 14-19 March 2010, Page(s):2842 - 2845.

[56]   Ibrahim, S.; Luo, L.W.; Djordjevic, S.S.; Poitras, C.B.; Zhou, L.; Fontaine, N.K.; Guan, B.; Cheung, S.; Ding, Z.; Okamoto, K.; Lipson, M.; Yoo, S.J.B.; ``Fully reconfigurable silicon photonic lattice filters with four cascaded unit cells,'' Optical Fiber Communication (OFC), 21-25 Mar. 2010, Page(s):1 - 3.

[57]   S. Bashar and Z Ding, ``Optimum Power Allocation against Information Leakage in Wireless Network'' IEEE Global Telecommunications Conference, Nov. 30 2009-Dec. 4, 2009, Page(s):1-6.

[58]   Huy-Dung Han and Zhi Ding, ``A Convex Optimization Approach to Blind Channel Shortening in Multicarrier Modulations,'' IEEE Global Telecommunications Conference, Nov. 30 2009-Dec. 4, 2009.

[59]   Huy-Dung Han, Junqiang Hu, and Zhi Ding, ``A bandwidth efficient design of IM/DD optical OFDM,'' Conference on Lasers and Electro-Optics and Conference on Quantum electronics and Laser Science Conf. (CLEO/QELS 2009), 2-4 June 2009 Page(s): 1 - 2

[60]   Senhua Huang, Xin Liu, and Zhi Ding, ``Optimal Sensing-Transmission Structure for Dynamic Spectrum Access'', Proc. 28th IEEE Conference on Computer Communications (INFOCOM 2009), 19-25 April 2009, Page(s):2295 - 2303, Rio de Janeiro, Brazil.

[61]   Linjie Zhou; Djordjevic, S.S.; Fontaine, N.K.; Zhi Ding; Okamoto, K.; Yoo, S.J.B., ``Silicon microring resonator-based reconfigurable optical lattice filter for on-chip optical signal processing'' IEEE LEOS Annual Meeting Conference Proceedings (LEOS), 2009, Page(s): 501 - 502.

[62]   Lapiccirella, Fabio E.; Huang, Senhua; Liu, Xin; Ding, Zhi; ``Feedback-based access and power control for distributed multiuser cognitive networks'' Information Theory and Applications Workshop, 2009 8-13 Feb. 2009 Page(s):85 - 89

[63]   Muhammad, Zia; Chen Meng, Zhi Ding, ``Blind detection of high rate orthogonal space-time block codes IEEE International Conference on Acoustics, Speech and Signal Processing, 19-24 April 2009 Page(s):2745 - 2748

[64]   Huang, River; Zhi Ding, ``Precoder design for MIMO broadcast channels with power leakage constraints,'' IEEE International Conference on Acoustics, Speech and Signal Processing, 19-24 April 2009 Page(s):2385 - 2388

[65]   Chang, Chunqi; Zhi Ding; Hung, Yeung Sam; ``Nonnegative Network Component Analysis by Linear Programming for Gene Regulatory Network Reconstruction'' Proceedings of the 8th International Conference on Independent Component Analysis and Signal Separation, 2009. Pages: 395 - 402

[66]   S. Bashar and Z. Ding, "Optimum routing protection against cumulative eavesdropping in multihop wireless networks", Proceedings of 2009 MILCOM, October 2009.

[67]   S. Dasgupta, S.-R.C. Ibeawuchi, and Zhi Ding; ``Source localization using a maximum likelihood/semidefinite programming hybrid " 9th Int. Symp. on Communications and Information

# Expert/Consultant Curriculum Vitae

Technology, 28 - 30 Sept. 2009, Page(s):376 - 381

[68]   S.D. Chitte, S. Dasgupta, and Zhi Ding, ``Source Localization from Received Signal Strength Under Log-Normal Shadowing: Bias and Variance'' 2nd International Congress on Image and Signal Processing, 2009.

[69]   Chang, Chunqi; Hung, Yeung Sam; Ding, Zhi; ``A new optimization algorithm for network component analysis based on convex programming'' IEEE International Conf. on Acoustics, Speech and Signal Processing, 19-24 April 2009 Page(s):509 - 512

[70]   Senhua Huang, Xin Liu, and Zhi Ding, ``Opportunistic Spectrum Access in Cognitive Radio Networks'', INFOCOM 2008: IEEE 27th Conference on Computer Communications, 13-18 April. 2008, Page(s): 1427-1435.

[71]   Jingyu Kang, Bo Zhou, Zhi Ding, and Shu Lin, ``LDPC coding schemes for error control in a multicast network'', IEEE International Symposium on Information Theory, page(s): 822-826, 6-11 July 2008.

[72]   S Bashar and Z Ding, ``Efficient Algorithms for Resource Allocation in Heterogeneous OFDMA Networks'', 2008 IEEE Global Telecommunications Conference, Nov. 30 2008-Dec. 4 2008.

[73]   M. Zia and Z Ding, ``Joint ARQ Receiver Design for Bandwidth Efficient MIMO Systems'', 2008 IEEE Global Telecommunications Conference, Nov. 30 2008-Dec. 4 2008.

[74]   J Kang, L Zhang, Z Ding, and S Lin, ``A Two-Stage Iterative Decoding of LDPC Codes for Lowering Error Floors'', 2008 IEEE Global Telecommunications Conference, Nov. 30 2008-Dec. 4 2008.

[75]   S.-R.C. Ibeawuchi, S. Dasgupta, Cheng Meng, and Zhi Ding, ``Source localization using a maximum likelihood/semidefinite programming hybrid '' Proc. 3rd International Conference on Sensing Technology, Nov. 30 2008-Dec. 3 2008 Page(s):585 - 588.

[76]   S Huang, X Liu, Z Ding, ``On Optimal Sensing and Transmission Strategies for Dynamic Spectrum Access,'' DySPAN 2008: New Frontiers in Dynamic Spectrum Access Networks, 14-17 October 2008.

[77]   S Bashar, Z Ding, and Y. Li ``QOS aware resource allocation for heterogeneous multiuser OFDM wireless networks'' , IEEE Workshop on Signal Processing Advances in Wireless Communications, page(s): 535-539, 6-9 July 2008.

[78]   Z. Shi, C. Zhao, and Z. Ding, ``Low Complexity Eigenmode Selection for MIMO Broadcast Systems with Block Diagonalization'' IEEE International Conference on Communications, 19-23 May 2008 Page(s):3976 - 3981.

[79]   W. Xu, C. Zhao, and Z. Ding, ``Efficient user Scheduling under Low Rate Feedback for Correlated MIMO Broadcast Channels'' IEEE International Conference on Communications, 19-23 May 2008 Page(s):3976 - 3981.

[80]   He Huang and Zhi Ding, ``Ergodic capacity maximizing MIMO ARQ precoder design based on channel mean information'', Information Theory and Applications Workshop, 2008, Jan. 27 2008-Feb. 1 2008 Page(s):58 - 62

[81]   Huang, Senhua; Ding, Zhi; Liu, Xin; ``Non-Intrusive Cognitive Radio Networks Based on Smart Antenna Technology'', IEEE Global Telecommunications Conference, 26-30 Nov. 2007, Page(s):4862 - 4867.

[82]   T. Kazemi and Z. Ding, ``Scalable MIMO ARQ Retransmission using Differential Space-Time Block Codes,'' Military Communications Conference, 29-31 October 2007.

[83]   Ye, Xiaohui; Liu, Xin; Yoo, S. J. Ben; Ding, Zhi; Priority Collision Resolution - Distributed Coordination Function for Distributed Wireless Networks,'' IEEE Global Telecommunications Conference, 26-30 Nov. 2007 Page(s):4708 - 4713

[84]   C. Chang, Z. Ding, Y.S. Hung, P.C.W. Fung, ``Fast Network Component Analysis for Gene Regulation Networks,'' 2007 IEEE Workshop Machine Learning for Signal Processing, page(s): 21-26, 27-29 August 2007

[85]   Q. Ling, T. Li, and Z. Ding, ``A Novel Concept: Message Driven Frequency Hopping (MDFH)'', 2007 IEEE International Conference on Communications, Glasgow, Scotland, 24-28 June 2007

**Expert/Consultant Curriculum Vitae**

Page(s):5496 – 5501.

[86]   Ohara, K.; Hernandez, V.J.; Du, Y.; Ding, Z.; Yoo, S.J.B.; Horiuchi, Y.; ``Resiliency of OCDM-PON against near-far problem'', Proc. 2007 Optical Fiber Communication and the National Fiber Optic Engineers Conference (OFC/NFOEC 2007), 25-29 March 2007, Anaheim, CA, pp. 1-3,

[87]   Fontaine, N.K. Yang, C. Scott, R.P. Hernandez, V.J Soares, F. Broeke, R. Perry, K. Nowak, G. Cong, W. Okamoto, K. Kolner, B.H. Ding, Z. Heritage, J.P. Yoo, S.J.B. ``SPECTS O-CDMA field trials using subpicosecond pulses and integrated encoders/decoders across 80.8-km and 150-km links'', Proc. Photonics in Switching Conference, pp. 95-96, 19-22 August 2007.

[88]   Xin Liu and Zhi Ding, ``ESCAPE: A Channel Evacuation Protocol for Spectrum-Agile Networks,'' 2nd IEEE International Symposium on New Frontiers in Dynamic Spectrum Access Networks (DySPAN), Dublin, Ireland, 17-20 April 2007, Page(s):292 - 302.

[89]   Du, Y.; Yoo, S.J.B.; Ding, Z. ``Non-uniform spectral encoding of measured mode-locked laser pulses for performance enhancement of optical CDMA networks,'' 2006 Optical Fiber Communication Conference (OFC), 5-10 March 2006, Anaheim, CA.

[90]   Haitong Sun, and Zhi Ding, ``Optimal Linear Transceiver Design for Mimo Flat Fading Channels Exploiting Channel Mean Feedback'', IEEE Global Telecommunications Conference, Nov., 2006.

[91]   Song, Shumei; Lin, Shu; Abdel-Ghaffar, Khaled; Ding, Zhi; Fossorier, Marc, "Cyclic Codes for Correcting Bursts of Errors or Erasures With Iterative Decoding" IEEE Global Telecommunications Conference, Nov., 2006.

[92]   Dong, Xiaofei; Ding, Zhi; ``Downlink MIMO Channel Estimation for Transmission Precoding'' IEEE Global Telecommunications Conference, Nov., 2006. .

[93]   Evans, Ashley A.; Ben Yoo, S. J.; Ding, Zhi; ``Space-Time Coded Modulation and Detection in Coherent Freespace Optical Communications'', IEEE Global Telecommunications Conference, Nov., 2006.

[94]   Yang, C. ; Cong, W. ; Xue, F. ; Hernandez, V. J. ; Scott, R. P. ; Heritage, J. P. ; Kolner, B. H. ; Ding, Z. ; Yoo, S. J. B. ; ``Experimental Investigation on Using Phase Mask in Spectral-Phase-Encoded O-CDMA for Security Enhancement'', European Conference on Optical Communications (ECOC), 24-28 Sept. 2006, Cannes, France, Page(s): 1 - 2.

[95]   Chang, C.Q.; Hung, Y.S.; Fung, P.C.W.; Ding, Z.; Network Component Analysis for Blind Source Separation 2006 International Conference on Communications, Circuits and Systems Proceedings, Volume 1, 25-28 June 2006, Page(s):323 - 326.

[96]   N. Ammar and Zhi Ding, ``Semi-Coherent Detection for Differential Space-Time Codes'', Proceedings of 2006 IEEE International Conference on Communications, Istabul, Turkey, 2006.

[97]   H. Sun and Z. Ding, ``Robust Precoder Design for MIMO Packet Retransmission over Imperfectly Known Flat Fading Channels'', Proceedings of 2006 IEEE International Conference on Communications, Istabul, Turkey, 2006.

[98]   Haitong Sun, Zhi Ding, and Chunming Zhao, ``Iterative Design of MIMO ARQ Transceiver for Decision Feedback Detection'', IEEE 7th Workshop on Signal Processing Advances in Wireless Communications, 2-5 July 2006.

[99]   X. Dong and Z. Ding, ``Channel Estimation and Bit-loading in Wireless Multicarrier Systems based on Decimated Signal Feedback'' , Proceedings of 2006 IEEE International Conference on Communications, Istabul, Turkey, 2006.

[100]  J. Roberson and Zhi Ding, ``A BICM Approach to Type-II Hybrid ARQ'', Proceedings of 2006 IEEE International Conference on Acoustics, Speech and Signal Processing, Volume 4, 2006 Page(s):IV-273 - IV-276, 2006, Toulouse, France.

[101]  J. Roberson and Z. Ding, ``Integration of Hybrid ARQ and Space-Time Coding through Embebded Quasi-Orthogonal Space-Time Block Codes,'' Proc. 40th Annual Conference on Informaiton Sciences and Systems, pp. 547-551. 22-24 March 2206.

[102]  F. Xue, Y. Du, S. J. B Yoo, and Z. Ding, `` Security issues on spectral-phase-encoded optical CDMA with phase-masking scheme'', Proc. 2006 Optical Fiber Communication Conference, March 5-10, 2006.

# Expert/Consultant Curriculum Vitae

[103]  X. Dong and Z. Ding, ``MIMO Channel Estimation Based on Ambiguity Resistant Filtering and Decimated Feedback'', Proc. IEEE Globecom Conference, Vol. 5, pp.2958-2963, St. Louis, MO, 28 Nov.-2 Dec. 2005.

[104]  F. Xue, Z. Ding, and S. J. B. Yoo, ``Design and Analysis of Coordinated Access Schemes for Code-Limited Optical-CDMA Networks'', Proc. IEEE Globecom Conference, vol. 4, pp.1930-1935, St. Louis, MO, 2005.

[105]  J. Roberson, X. Dong, Z. Ding, ``Joint Data Detection for Punctured ARQ Diversity Systems'', Proc. International Conference on Acoustics, Speech, and Signal Processing, pp. III-1145-1148, 2005.

[106]  T. Li, Q. Ling, and Z. Ding, ``Space-Time Design for Blind Estimation and Equalization over Frequency Selective Channels'', Proc. Int. Conference on Acoustics, Speech, and Signal Processing, pp. III-441-444, 2005.

[107]  H. Sun, H. Samra, Z. Ding, and J. Manton, ``Constrained Capacity of Linear Precoded ARQ in MIMO Wireless Systems'', Proc. Int. Conference on Acoustics, Speech, and Signal Processing, pp. III-425-428, 2005.

[108]  A. A. Farid, Z.-Q. Luo, and Z. Ding, ``Blind Channel Equalization based on Second Order Statistics'', Proc. Int. Conference on Acoustics, Speech, and Signal Processing, pp. III-557-560, 2005.

[109]  F. Xue, Z. Ding, and S. J. B. Yoo, ``Performance Evaluation of Optical CDMA Networks with Random Media Access Schemes'', Proc. 2005 Optical Fiber Communication Conference, vol. 4, 6-11 March 2005.

[110]  Fei Xue, Zhi Ding, S.J.B. Yoo, ``Performance analysis for optical CDMA networks with random access schemes'', Proc. IEEE Global Telecommunications Conf., Volume 3, pp.1883-1887, Nov-Dec., 2004.

[111]  J. Roberson, and Z. Ding, ``Joint channel estimation and detection of partial ARQ in OFDM'', Conference Record of the Thirty-Eighth Asilomar Conference on Signals, Systems and Computers, Volume 1, Page(s):662 - 666, 7-10 Nov. 2004

[112]  Haitong Sun; Mihaela van der Schaar, and Zhi Ding, `` ``Joint data compression and error protection for collaborative transmission," 2004 International Conference on Image Processing, 2004, Volume 1, 24-27 Oct. 2004 Page(s):533 - 536.

[113]  Larcher, Aymeric, Haitong Sun, M. van der Schaar, and Zhi Ding. ``Decentralized transmission strategy for delay-sensitive applications over spectrum agile network'', Proc. 13h Intl. Packet Video Workshop, Dec. 2004.

[114]  H. Sun, M. van der Schaar, and Zhi Ding, ``Joint data compression and error protection over wireless fading channels using LDPC codes'' Proc. 38th Asilomar Conf. on Signals, Systems and Computers, Pacific Grove, CA, 2004, Page(s): 978 - 982 Vol.1

[115]  S. Neugebauer and Z. Ding, ``A Turbo-Driven Known-modulus Blind Equalization Method'', Proceedings of the 5th Workshop on Signal Processing Advances in Wireless Communications, pp. 36-40, Lisbon, Portugal, July 2004.

[116]  N. Ammar and Z. Ding, ``Flat Fading Channel Estimation Under Generic Linear Space-Time Block Coded Transmissions'', Proceedings of the IEEE International Communications Conference, pp.2616-2620, 2004.

[117]  T. Li, Z Ding, J. K. Tugnait, and W. Liang, ``Channel Identification and Signal Separation for Long-code CDMA Systems using Mulitple Linear Prediction Method'', Proceedings of the IEEE Int. Communications Conference, pp. 2437-2441, 2004.

[118]  N. Ammar and Z. Ding, ``Frequency Selective Channel Estimation in Time-Reversed Space-Time Coding'',, Proceedings of the IEEE Wireless Communications and Networking Conference (WCNC), pp. 1838-1843, March 2004.

[119]  T. A. Drumright and Z. Ding, ``Monte-Carlo Equalization and Estimation of Frequency Selective Channels under System Nonlinearity," Proceedings of the IEEE WCNC Conference, pp. 2432-2437, 2004.

# Expert/Consultant Curriculum Vitae

[120] X. Dong, Z. Ding and S. Dasgupta, ``Fractional spaced dual channel estimation based on decimated feedback'', Proceedings of the IEEE WCNC Conference, pp. 489-494, 2004.

[121] J. Roberson and Z. Ding, ``Joint Channel Identification in Punctured Hybrid ARQ Retransmissions'', Proceedings of the IEEE WCNC Conference, pp. 2099-2104, 2004.

[122] Y. Du, S. J.B. Yoo, and Z. Ding, ``Non-uniform Spectrual Encoding for Enhanced Multi-user Performacne in Optical CDMA Networks'', Proc. Conference on Lasers and Electro-Optics. Vol. 1, 2 pp. 2004.

[123] W. Cong, V. J. Hernandez, R. P. Scott, K. Li, J. P. Heritage, B. H. Kolner, Z. Ding, and S. J. B. Yoo, ``PERFORMANCE OF A 10GB/S OPTICAL CODE DIVISION MULTPLE ACCESS CHANNEL IN THE PRESENCE OF AN INTERFERER'', Proceedings of the Conference on Lasers and Electro-Optics, Vol. 1, 3 pp., 2004.

[124] S. P. Neugebauer and Z. Ding, ``Blind SIMO Channel Estimation for CPM Using the Laurent Approximation'', Proceedings of the IEEE Int. Symposium on Circuits and Systems (ISCAS)}, pp.676-679, 2004.

[125] J. Roberson and Zhi Ding, ``Joint semi-blind channel identification in punctured ARQ retransmissions'', Proc. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp.II.421-4, May 2004.

[126] H. Samra, and Z. Ding, ``Sphere decoding for retransmission diversity in MIMO flat-fading channels,'' Proc. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp.IV.585-588, May 2004.

[127] H. Samra, Zhi Ding, and P. M. Hahn, ``Symbol mapping diversity design for packet retransmissions through fading channels'', Proc. IEEE Global Telecommunications Conf., vol.4, pp.1989-1993, 1-5 Dec. 2003.

[128] T. A. Drumright, A. A. Tabarrok, and Zhi Ding, ``Array beamforming for long code CDMA under carrier drift'', Proc. IEEE Globecom, vol.4, pp.2156-2160, 1-5 Dec. 2003.

[129] Wing-Kin Ma; Ching, P.C.; Ding, Z.; ``Efficient relaxed maximum-likelihood MPSK multiuser detection using semidefinite programming'', 4th IEEE Workshop on Signal Processing Advances in Wireless Communications (SPAWC), 15-18 June 2003 Page(s):522 - 526

[130] T. Miyajima and Z. Ding, ``Multicarrier channel shortening based on second order output statistics'', 4th IEEE Workshop on Signal Processing Advances in Wireless Communications (SPAWC), 15-18 June 2003 Page(s):145 - 149.

[131] Honghui Xu, Dasgupta, S. Zhi Ding ``A novel channel identification method for fast wireless communication systems with transmitter and receiver diversity,'' Proceedings of the 2003 International Symposium on Circuits and Systems, pp. II:9-12, 25-28 May 2003.

[132] H. Samra and Zhi Ding, ``Symbol mapping diversity in iterative decoding/demodulation of ARQ systems,'' IEEE International Conf. on Communications, vol.5, pp.3585-3589, May 2003.

[133] T. Li, J. K. Tugnait, and Zhi Ding, ``Channel estimation of long-code CDMA systems utilizing transmission induced cyclostationarity'', Proc. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp.IV.105-8, April 2003.

[134] H. Samra, Zhi Ding, P.M. Hahn, ``Optimal symbol mapping diversity for multiple packet transmissions'', Proc. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp.IV.181-4, April 2003.

[135] H. Xu, S. Dasgupta, and Zhi Ding, ``An improved feedback scheme for dual channel identification in wireless communication systems,'' Proc. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp.IV.77-80, April 2003.

[136] A. B. Parr, B. L. Cho, and Z. Ding, ``A new UWB pulse generator for FCC spectral masks'', Proc. 57th IEEE Vehicular Technology Conference, Spring, Volume: 3, Page(s): 1664-1666 April 22-25, 2003

[137] N. Ammar and Z. Ding, ``On Blind Channel Identifiability Under Space-Time Coded Transmission'', Proc. 36th Asilomar Conf., Nov., 2002.

[138] Xiangguo Tang and Zhi Ding, ``A simple iterative bi-directional equalization for EDGE wireless

## Expert/Consultant Curriculum Vitae

systems", IEEE Globecom, pp. 287-290, Taipei, Nov. 2002.

[139]   Xiangguo Tang and Zhi Ding, ``Contradictory block arbitration for bi-directional decision feedback equalizers", IEEE Globecom, pp. 283-286, Taipei, Nov. 2002.

[140]   H. Samra and Z. Ding, ``Precoded Integrated Equalization for ARQ Systems", Proc. of the 36th Asilomar Conf. on Signals, Systems, and Computers, Monterey, CA, Nov., 2002.

[141]   N. Ammar and Z. Ding, ``Channel Estimation Under Space-Time Block-Coded Transmission", IEEE Sensor Array and Multichannel Signal Processing Workshop, Rosslyn, VA. Aug, 2002, pp. 422-426.

[142]   J Liang, Z Ding, ``Higher order statistical approach for channel estimation usingmatrix pencils," IEEE International Conference on Communications (ICC), Volume: 1, page(s): 11-15, 28 April - 2 May 2002, New York.

[143]   J. Liang and Z. Ding, ``A Higher Order Matrix Pencil Approach to Blind Channel Estimation," Proc. IEEE Int. Symposium on Circuits and Systems, Scottsdale, AZ, 2002.

[144]   T. A. Drumright and Z. Ding, â€œModulation Classification of QAM Signals using Joint Characteristic Function," Proc. IEEE Int. Symposium on Circuits and Systems, Scottsdale, AZ, 2002.

[145]   T. A. Drumright and Z. Ding, ``Gibbs Sampling Classification of QAM Signals in Frequency Selective Channels", 36th Asilomar Conf. on Signals, Systems and Computers, Asilomar CA, 2002, Page(s): 833-837.

[146]   H. Samra and Z. Ding, ``Iterative Integrated Equalization for ARQ Systems", Int. Symp. on Info. Theory, Lausanne, Switzerland, Jun, 2002.

[147]   H. Samra and Z. Ding, ``Integrated iterative equalization for ARQ Systems," IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, Orlando, FL, 2002.

[148]   J. Liang, Z. Ding, and S. Lin, ``Joint Equalization with LDPC Decoding under hybrid ARQ Scheme," 35th Asilomar Conference on Signals, Systems and Computers, Pacific Grove, CA, 2001.

[149]   X.-G. Tang and Z. Ding, ``Turbo Equalization for EDGE System with DDF-SOVA," 35th Asilomar Conference on Signals, Systems and Computers, Pacific Grove, CA, Nov. 2001.

[150]   S. Cui, Z. Luo, and Z. Ding, ``Robust CDMA Signal Detection in the Presence of User and Interference Signature Mismatch," Proc. 3rd IEEE Workshop on Signal Processing Advances in Wireless Communications, pp. 221-224, March 20-23, 2001.

[151]   S. Cui, Z. Luo, and Z. Ding, ``Robust Blind Multiuser Detection against CDMA Signature Mismatch," Proc. Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 2297-2300, Salt Lake City, May 2001.

[152]   H. Xu, S. Dasgupta, and Z. Ding, ``A Novel Channel Identification Method for Fast Wireless Communication Systems," Pro. 2001 IEEE International Conference on Communications, pp. 2443-2448, 2001.

[153]   J. Liang and Z. Ding, ``FIR Multichannel Identification using Weighted Cumulant Matrix," Proc. 34th Asilomar Conference on Signals, Systems and Computers, pp. 1573-1577, 2000.

[154]   J. Liang and Z. Ding, ``A cumulant subspace approach to FIR multiuser channel estimation" Proc. 34th Asilomar Conference on Signals, Systems and Computers, pp. 616-620, 2000.

[155]   Z. Ding and Li Qiu, ``Properties of matrix polynomials and MIMO channel identifiability from second order statistics", Proceedings of the 39th IEEE Conference on Decision and Control, vol. 5, Page(s): 4302 -4307 vol.5, 2000.

[156]   X. Tang and Z. Ding, ``A Differential Correlation Approach to Blind Symbol Estimation," Proc. IEEE Wireless Communications and Networking Conference, Chicago, IL, September 2000.

[157]   J. Liang and Z. Ding, ``A cumulant subspace approach to FIR multiuser channel estimation," Proc. 10th IEEE Workshop on Statistical Signal and Array Processing, pp. 616-620, Pocono Manor, PA, August 2000.

[158]   E. Bai and Z. Ding, ``Blind decision feedback equalization of time-varying channels with DPSK inputs," Proceedings 2000 IEEE International Symposium on Circuits and Systems, Volume 4, 28-

**Expert/Consultant Curriculum Vitae**

31 May 2000, 96 - 99

[159]  E. Bai and Z. Ding, ``Zero-forcing equalizability of FIR and IIR multi-channel systems with and without perfect measurements,'' Proceedings 2000 IEEE International Symposium on Circuits and Systems, Volume 4, 28-31 May 2000, 699 - 701

[160]  Zhu, J.; Cao, X.-R.; Ding, Z., ``An algebraic principle in blind separation of single source signal'', Proceedings 2000 IEEE International Symposium on Circuits and Systems, Volume 4, 28-31 May 2000, Page(s):693 - 696.

[161]  Xiangyang Zhuang, Zhi Ding, and A. Lee Swindlehurst, ``A Statistical Subspace Method for Blind Channel Identification in OFDM Communication'', IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 2493-2496, Istanbul, Turkey, May 2000.

[162]  Jie Zhu, Wee Ser, and Zhi Ding, ``Blind ISI cancellation by anchoring an arbitrary impulse response coefficient of channels'', IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 2465-2468, Istanbul, Turkey, May 2000.

[163]  Zhi Ding, S. Dasgupta, and R. Lopez-Valcarce, ``Interference cancellation and blind equalization for linear multi-user systems'', IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 145-148, Istanbul, Turkey, May 2000.

[164]  Kennedy, R.A.; Hasnie, S.; Zhi Ding; McGinty, N.C.; ``Decision feedback equalization using fractionally spaced feedback filtering and vector quantization'' Proc. 38th IEEE Conference on Decision and Control, . Volume 1, 7-10 Dec. 1999, Page(s):162 - 167.

[165]  T. Li and Z. Ding, ``A Reduced-State Viterbi Algorithm for Blind Sequence Estimation of DPSK Sources,'' Proc. Global Telecommunications Conference (Globecom), pp. 2167-2171, Rio de Janeiro, Brazil, Dec. 1999.

[166]  G. Li and Z. Ding, ``Blind Linear Equalization for GSM Signals in a Mobile Environment'', Proc. IEEE Wireless Communications and Networking Conference, pp.801-804, New Orleans, LA, September, 1999.

[167]  J. Shen and Z. Ding, ``Direct blind MMSE channel equalization based on second order statistics,'' 1999 IEEE International Conference on Communications, vol.3, pp.1537 -1541, Seattle, WA, June 1999.

[168]  G. Li and Z. Ding, ``New Blind/semi-blind Equalization for GSM Systems'', 1999 IEEE Workshop on Signal Processing Advances in Wireless Communications, pp.66-69, Annapolis, MD, May 1999.

[169]  J. Shen and Z. Ding, ``Blind MMSE CDMA Detection in Multipath Channels'', 1999 IEEE Workshop on Signal Processing Advances in Wireless Communications, pp.5-8, Annapolis, MD, May 1999.

[170]  Z. Ding, ``Cumulant Matrix Subspace Algorithms for Blind Single FIR Channel Identification'', 1999 IEEE Workshop on Higher Order Statistics, pp.85-88, June, Caesarea, Israel, 1999.

[171]  Z. Ding, ``A Cumulant Matrix Subspace Algorithm for Blind Single FIR Channel Identification'', SPIE Conference on Digital Wireless Communications, SPIE vol.3708, pp.193-201, April, Orlando, FL, 1999.

[172]  J.E. Mooney, Z. Ding, and L.S. Riggs, "Performance Analysis of an Automated E-pulse Scheme in White Gaussian Noise," IEEE International Antennas and Propagation Symposium and URSI/USNC Radio Science Meeting, April, Orlando, FL, 1999.

[173]  Junqiang Shen and Zhi Ding, ``Zero-Forcing Blind Equalization Based on Channel Subspace Estimates for Multiuser Systems'', Proc. Int. Conf. on Acoustics, Speech, and Signal Processing}, Phoenix, AZ, March 1999.

[174]  Z. Ding and G. Li, ``Feasibility of linear GSM blind channel equalization,'' Proc. Int. Telecommunications Symp., vol.1, pp.~359-364, Sao Paulo, Brazil, 1998.

[175]  C. T. Ma, Z. Ding, and S. F. Yau, ``A Two-stage Algorithm for MIMO Blind Deconvolution of Colored Input Signals'', Proceedings 9th IEEE SP Workshop on Statistical Signal and Array Processing, pp.~384-387, 1998.

[176]  Chunqi Chang, Zhi Ding, Mark S.-F. Yau, and Francis H. Y. Chan, ``A Matrix-Pencil Approach to

**Expert/Consultant Curriculum Vitae**

Blind Separation of Non-White Signals in White Noise", Proc. 1998 IEEE International Conf. on Acoustics, Speech, and Signal Processing, pp.2485-2488, Seattle, May 12, 1998.

[177]   Zhi Ding, Iain Collings, Ruey-wen Liu, ``A New Blind Zeroforcing Equalizer for Multichannel Systems'', Proc. 1998 IEEE International Conf. on Acoustics, Speech, and Signal Processing, pp.3177-3180, Seattle, May 12, 1998.

[178]   Ge Li and Zhi Ding, ``Semi-Blind Channel Identification Used in GSM System,'' Proc. 1998 IEEE International Conf. on Acoustics, Speech, and Signal Processing, pp.3389-3392, Seattle, May 12, 1998.

[179]   Zhi Ding and Ge Li, ``Single Channel Linear Blind Equalization for GSM Cellular Systems'', Proc. 1998 IEEE International Conf. on Communications, Atlanta, June, 1998. pp. 355-359

[180]   C. Chang, Z. Ding, S. F. Yau, and F. H. Y. Chan ``A Matrix-Pencil Approach to Blind Separation of Non-White Sources,'' Proc. International Symposium on Multimedia Information Processing, pp. 280-285, Taipei, Taiwan, December 1997.

[181]   Jie Zhu, Xiren Cao, Zhi Ding, and Junqiang Shen, ``A Blind Intersymbol Interference Cancellation Method for Multi-user Systems with Channel Diversity'', Proc. 1997 Asilomar Conference on Signals, Systems, and Computers, pp.565-569, Pacific Grove, 1997.

[182]   Zhi Ding and Ge Li, ``New Methods of Blind Channel Equalization for GSM Systems'', Proc. 1997 Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, 1997.

[183]      Zhi Ding, ``Blind Wiener Filter Estimation for Multi-Channel Systems Base on Partial Information,'' Proc. 1997 IEEE International Conf. on Acoustics, Speech, and Signal Processing, pp.3609-3612, April 1997.

[184]   Tuan Nguyen and Zhi Ding, ``CMA Beamforming for Multipath Correlated Sources'', Proc. 1997 IEEE International Conf. on Acoustics, Speech and Signal Processing, pp.2521-2524, April 1997.

[185]   Rodney A. Kennedy, Deva K. Borah, and Zhi Ding, ``Discretization Issues for the Design of Optimal Blind Algorithms'', Proc. 1997 IEEE International Conf. on Acoustics, Speech, and Signal Processing, pp.51-54, April 1997.

[186]   Junqiang Shen and Zhi Ding, ``Blind Adaptive Multiuser CDMA Detection Based on a Linear Projection Constraint'', Proc 1st IEEE Workshop on Signal Processing Advances in Wireless Communications, pp.~261-264, Paris, France, April 1997.

[187]   Kennedy, R.A.; Zhi Ding, ``Design and optimization of nonlinear mapping in decision feedback equalization,'' Proceedings of the 35th IEEE Decision and Control, Volume 2, Page(s):1888 - 1889, 11-13 Dec. 1996

[188]   Z. Ding, ``An Outer-Product Decomposition Algorithm For Multichannel Blind Identification'', Proc. 8th IEEE Workshop on Stat. Signal and Array Processing, pp.~132-135, Corfu, Greece, June 1996.

[189]   Zhi Ding, ``On Convergence Analysis of Fractionally Spaced Adaptive Blind Equalizers'', Int. Conf. on Acoustics, Speech, and Signal Processing, May 1996.

[190]   J.E. Mooney, Z. Ding, and L.S. Riggs, "Robust Target Identification Using a Generalized Likelihood Ratio Test," Proc. 3rd International Conference on Ultra-Wideband, Short-Pulse Electromagnetics, pp.343-350, Albuquerque, NM, 1996.

[191]   D. B. Ward, Z. Ding, and R. A. Kennedy ``Broadband DOA Estimation using Frequency-invariant Beam-space Processing'', Int. Conf. on Acoustics, Speech, and Signal Processing}, pp.2892-2895, May 1996.

[192]   R.A. Kennedy and Z. Ding, ``Quantizer Design and Optimization in Decision Feedback Equalization'', Proc. 1996 Int. Symp. on Signal Proc. Applications, pp.614-617, August, Gold Coast Australia.

[193]   Zhi Ding, ``A Blind Channel Identification Algorithm Based on Matrix Outer-Product'', 1996 International Communications Conference, Dallas, TX. pp. 852-856.

[194]   Casas, R.A.; Zhi Ding; Kennedy, R.A.; Johnson, C.R., Jr.; Malamut, R.; ``Blind adaptation of decision feedback equalizers based on the constant modulus algorithm'', Proc. 29th Asilomar Conference on Signals, Systems and Computers, Volume 1, 30 Oct.-2 Nov. 1995 Page(s):698 -

## Expert/Consultant Curriculum Vitae

702

[195] Zhi Ding, ``Myopic Channel Identification: Identifying unknown Channels based on known pulse shapes'', 1995 IEEE Global Telecommunications Conference, vol.1, pp.670-674, Nov. 1995.

[196] Paul Burns* and Zhi Ding, ``Robustification of Cyclostationary Array Processing Techniques'', Proc. Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 1589-1592, Detroit, May 1995.

[197] Zhi Ding and Zhen Mao, ``Knowledge Based Identification of Fractionally Sampled Channels'' Proc. Int. Conf. on Acoustics, Speech, and Signal Processing, pp. 1996-1999, Detroit, May 1995.

[198] Zhi Ding and Rodney A. Kennedy, ``An Algebraic Self-Training Algorithm for Multi-Channel Systems Identification'', Equalizers'', Proc. 33rd IEEE Conf. on Decision and Control Lake Buena Vista, FL, Dec. 1994.

[199] Y. Li and Zhi Ding, ``Global Convergence of Fractionally Spaced Godard Adaptive Equalizers'', Proc. 28th Asilomar Conf. on Signals, Systems and Computers, pp.617-621, Nov. 1994.

[200] Zhi Ding and Rodney A. Kennedy, ``Algebraic Self-Training Algorithms for Multi-Channel System Identification and Equalization'', Proc. 28th Asilomar Conf. on Signals, Systems and Computers, pp. 1453-1457, Pacific Grove, CA, Nov. 1994.

[201] Y. Li and Zhi Ding, ``Global Convergence of Adaptive Blind Equalizers'', Proc. 4th Annual IEEE Dual-Use Technologies and Applications Conference, vol.II, pp. 402-411, Utica, NY, May 1994.

[202] Y. Li and Z. Ding, ``New Results on the Blind Identification of FIR Channels Based on Second Order Statistics'', Proc. 1993 MILCOM, pp. 644-647, Boston, Oct. 1993.

[203] Y. Li and Z. Ding, ``A New Non-Parametric Cepstral Method for Blind Channel Identification from Cyclostationary Statistics'', Proc. 1993 MILCOM, pp. 648-652, Boston, Oct. 1993.

[204] Y. Li and Z. Ding ``Blind Channel Identification Based on Second order Cyclostationary Statistics'', Proc. 1993 IEEE ICASSP, pp. IV:81-84, Minneapolis, April 1993.

[205] J. Y. Hung and Z. Ding, ``Minimization of Torque Ripple in Permanent Magnet Motors,'' 1992 IEEE Industrial Electronics Conference, San Diego, CA.

[206] Z. Ding and Y. Li, ``Channel Identification Using Second Order Cyclic Statistics,'' Proc. 26th Asilomar Conf. on Signals, Systems, and Computers, Pacific Grove, CA, November 1992.

[207] Z. Ding, ``On Channel Identifiability Based on Second Order Cyclic Spectra,'' Proc. IEEE 1992 Milcom, San Diego, October 1992.

[208] K. Yamazaki, R. A. Kennedy, and Z. Ding, ``Candidate Admissible Blind Equalization Algorithms for QAM Communication Systems,'' Proc. 1992 IEEE Int. Conf. on Communications, pp. 1518-1522, June 1992.

[209] K. Yamazaki, R. A. Kennedy, and Z. Ding, ``Globally Convergent Blind Deconvolution Algorithms for Complex Data System,'' Proc. 1992 IEEE ICASSP, San Fransisco, CA, April 1992.

[210] Z. Ding and R. A. Kennedy, ``A New Adaptive Algorithm for Joint Blind Equalization and Carrier Recovery,'' Proc. 25th Asilomar Conf. on Signals, Systems, and Computers, pp. 699-703, Pacific Grove, CA, November 1991 (Invited).

[211] Z. Ding and C. R. Johnson, Jr., ``Existing Gap Between Theory and Application of Blind Equalization,'' Adaptive Signal Processing, Simon Haykin, Editor, Proc. SPIE 1565, pp. 154-165, 1991 (Invited).

[212] Z. Ding, ``A New Method for Automatic Beamforming,'' Proc. 25th Asilomar Conf. on Signals, Systems, and Computers, pp. 689-693, Pacific Grove, CA, November 1991.

[213] Z. Ding, C. R. Johnson, Jr., and R. A. Kennedy, ``Local Convergence of `Globally Convergent' Blind Adaptive Equalization Algorithms,'' Proc. 1991 IEEE ICASSP, pp. 1529-1532, Toronto, Canada, May 1991.

[214] Z. Ding, ``Joint Blind Equalization and Carrier Recovery of QAM Systems,'' Proc. 25th Conf. on Info. Sciences and Systems, Baltimore, MD, March 1991.

[215] R. A. Kennedy, B.D.O. Anderson, Z. Ding, and C. R. Johnson, Jr., ``Local stable minima of the Sato recursive identification scheme'', Proceedings of the 29th IEEE Conference on Decision and Control, vol.6, Page(s):3194 - 3199, 5-7 Dec. 1990.

[216] Z. Ding, C. R. Johnson, Jr., and R. A. Kennedy, `` Nonglobal convergence of blind recursive

## Expert/Consultant Curriculum Vitae

identifiers based on gradient descent of continuous cost functions", Proceedings of the 29th IEEE Conference on Decision and Control, vol.1, Page(s):225 - 230, 5-7 Dec. 1990.

[217]   Z. Ding, C. R. Johnson, Jr., and R. A. Kennedy, ``On the admissibility of blind adaptive equalizers'', Proc. Int. Conf. on Acoustics, Speech, and Signal Processing, vol.3, Page(s):1707 - 1710, 3-6 April 1990.

[218]   Z. Ding, C. R. Johnson, R. A. Kennedy and B. D. O. Anderson, ``On the Ill-Convergence of Godard Blind Equalizers in Data Communication Systems'', In Proceedings of Conf. Information Science and Systems, vol. 89, pp. 538-543, Baltimore, MD, 1989.

## Professional Services and Achievements

- Steering Committee Chairman, *IEEE Transactions on Wireless Communications,* 1.2008-1-2010

- Canadian National Science and Engineering Research Council Panelist, 2009-2012

- Fellow of IEEE

- Steering Committee Member, *IEEE Transactions on Wireless Communications,* 1.2006-1-2008

- General Chair, IEEE 2016 International Conference on Acoustics, Speech, and Signal Processing, Shanghai, China.

- Technical Program Chair, *IEEE 2006 Globecom*, San Francisco, CA.

- Editorial Board Member, *IEEE Signal Processing Magazine*, 1/2003-1/2007.

- Associate Editor, *IEEE Signal Processing Letters*, 1.2002-1.2005.

- Associate Editor, IEEE Transactions on Signal Processing, 1.2001-1.2004.

- Editor, Special Issue on Multiuser Detection and Blind Estimation, *EURASIP Journal on Applied Signal Processing*, Dec. 2002.

- Member, IEEE Statistical Signal and Array Processing Technical Committee, 1993-1998.

- Member, IEEE Signal Processing for Communications Technical Committee, 1998-2004.

- Associate Editor, IEEE Transactions on Signal Processing, 1994-1997.

- Technical Program Committee Member, 3rd IEEE Workshop on Signal Processing Advances in Wireless Communications, Taiwan,  March 2001.

- Organization Committee Member, 1st IEEE Workshop on Signal Processing Advances in Wireless Communications, Paris, France, April 1997.

- Review Panelist, National Science Foundation, 1997, 2003, 2004, 2005, 2007, 2008, 2010, 2014, 2015, 2016.