IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge Robert W. Schroeder III

| | |
|---|---|
| MAXELL, LTD. § | |
| § | |
| V. § | CIVIL NO. 5:16cv178 |
| § | |
| HUAWEI DEVICE USA, INC., et al § | |

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 22, 2018

OPEN: 11:15 am                                                                 ADJOURN: 11:31 am

ATTORNEYS FOR PLAINTIFF:   See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANTS: See Attorney Sign In Sheet

LAW CLERK:                Aisha Haley

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:           Kelly Polvi

11:15 am    In chambers conference; Mr. Jaimie Beaber and Mr. Stanley Young inform the Court of the agreements reached on the issues which were to be heard in the hearing; Court advises the parties to have a written agreement by Wednesday; parties are to file a joint motion to withdraw motions regarding these issues

11:31 am    Recess